IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

In the Matter of the ORDER BY THE EL PASO COUNTY DISTRICT COURT TO RELEASE THE CONTENTS OF THE FEDERAL BUREAU OF INVESTIGATION'S CONFIDENTIAL INFORMANT FILE

## NOTICE OF REMOVAL

This Notice of Removal is filed by the undersigned Assistant United States Attorney on behalf of the Federal Bureau of Investigations ("FBI"), and Robert Goffi, Special Agent of the FBI (referred to herein collectively as "the FBI"), who notifies this Court as follows:

1.  On July 27, 2009, James Cisneros, a defendant being prosecuted by the District Attorney's Office in El Paso District Court in the District Court for El Paso County, Colorado, served a subpoena on Robert Goffi, Special Agent of the FBI. The subpoena was signed by Shimone Kohn, an attorney representing Mr. Cisenros in the underlying criminal case (*People of the State of Colorado v. James Cisneros*, 09CR768). (*See* Ex. A hereto.) The subpoena sought, among other things, the confidential informant file of Robert Rodarte, who is also being prosecuted by the state in connection with the same incident for which Mr. Cisneros is being prosecuted. The FBI responded in writing to the subpoena and produced certain responsive documentation that was relevant to the incident out of which the state prosecutions arise and that was subject to release pursuant to the Department of Justice's *Touhy* regulations. The FBI moved to quash the subpoena to the extent that it sought additional documentation and appeared, through counsel, at the subpoena return date in state court, at which time additional argument was received.

2. Since that time, Mr. Rodarte and two other defendants who are being prosecuted for charges arising out of the same incident also served subpoenas and all the defendants joined in the subpoenas served by the other defendants. (*See* Exs. B and C hereto.) The other Defendants are being prosecuted in the cases of *People of the State of Colorado v. Robert Rodarte*, 09CR753, *People of the State of Colorado v. Frankie Salazar*, 09CR748, and *People of the State of Colorado v. Jose Salazar*, 09CR818)). The FBI supplemented its initial production to Defendant Cisneros and made additional portions of the confidential informant file available to the Defendants. The FBI continued to object to the production of portions of the file that involved activities by Mr. Rodarte in connection with other investigations (including those taking place out of state), that had no relevance to the state court proceedings, that were not subject to disclosure under the *Touhy* regulations, and that were covered by the law enforcement and confidential informant privileges.

3. In an effort to expedite the resolution of various issues raised by the defendants, the FBI submitted the entirety of the confidential informant file to the state court for an *in camera* review. The state court reviewed the entire file and ruled on what it found to be discoverable in a hearing held on September 24, 2009. The FBI had already produced many of those documents and the remaining documents that the state court found to be discoverable were produced.

4. After initially ruling that the portions of the file for which the FBI did not consent to release were not discoverable, on November 24, 2009, the state court held a hearing at which it did not permit any argument. At that hearing, the state court issued an oral ruling reversing itself and stating that it intended to release to all parties in all four cases the entirety of the FBI's confidential file, with two substantive exceptions, subject to

a protective order.  On December 2, 2009, the FBI moved to reconsider that order in all four cases and to stay the release of the file to allow the FBI to remove the issue to this Court in the event that the motion to reconsider was denied.  On December 8, 2009, the state court issued a written order in all four cases denying the motion to reconsider but granting the stay to allow the FBI to remove the issue to this Court.  (Ex. D hereto.)

5. The Office of the United States Attorney for the District of Colorado was notified of the Court's oral ruling on November 24, 2009, and of the Court's denial of the motion to reconsider on December 8, 2009.

6. This Notice of Removal is filed pursuant to 28 U.S.C. § 1442(a), the federal officer removal protection statute.

7. The Federal Bureau of Investigation is an agency of the United States Government, and the custodian of records and Robert Goffi is a federal employee.

8. The District Court for El Paso County has ordered the release of the contents of the FBI's confidential informant file to all parties in the state cases, over the objection of the FBI.

9. In compliance with D.C.COLO.LCivR 81.1, the FBI is in the process of obtaining the documents filed in the state court action for filing with this court.  As of the filing of this motion, the FBI is aware that a hearing is set for December 17, 2009, and that a trial date of January 19, 2010 has been set for Defendant Rodarte.  No trial date has been set for the other Defendants.  The FBI is not aware of any hearings or other proceedings that have set in state court.

WHEREFORE, this action arising in the District Court for El Paso County, Colorado, in case Nos. 09CR748, 09CR753, 09CR768, and 09CR818  is properly removed therefrom to this Court, pursuant to 28 U.S.C. § 1442(a).

DATED this 11th day of December, 2009.

        Respectfully submitted,

        DAVID M. GAOUETTE
        United States Attorney


        s/ Amy L. Padden
        Amy L. Padden
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        Telephone:  (303) 454-0100

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, I served the foregoing **NOTICE OF REMOVAL** by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Plaintiff:

Terry Sample
Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros*:
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Robert Rodarte*:
Cynthia McKedy
Anaya, Foley & McKedy, P.C.
615 S. Weber Street
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankeny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar:*
Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Amy L. Padden
Amy L. Padden
