| ☐ Small Claims ☐ County Court ☒ District Court<br>☐ Probate Court ☐ Juvenile Court ☐ Water Court<br>El Paso County, State of Colorado<br>Court Address: 270 South Tejon<br>P.O. Box 298 Colorado Springs CO 80903-2203 | |
|---|---|
| STATE OF COLORADO,      PLAINTIFF,<br><br>vs.<br><br>ROBERT RAY RODARTE      DEFENDANT. | ▲ **COURT USE ONLY** ▲ |
| Attorney<br>CYNTHIA MCKEDY<br>ANAYA, FOLEY & McKEDY, P.C.<br>615 South Weber Street<br>COLORADO SPRINGS, CO 80903<br>Phone Number: (719)227-0007<br>FAX Number: (719)473-7148<br>Atty. Reg. #: 27409 | Case Numbers:<br>09CR753<br><br>Div.: 15  Ctrm: |

### SUBPOENA FOR PRODUCTION OF TANGIBLE EVIDENCE

**WITNESS NAME AND ADDRESS:**      Robert Goffi
FBI Chief Division Counsel
1961 Stout Street, Room 1823
Denver, CO 80294

**DATE/TIME TO PRODUCE DOCUMENTS:**      September 9, 2009 at 1:30pm

**PLACE TO PRODUCE DOCUMENTS:**      DIVISION 15
Judge Werner
El Paso County District Court
270 S. Tejon Street
Colorado Springs, CO 80903

**DOCUMENTS/ITEMS TO BE PRODUCED:**      The FBI confidential informant File for Robert Rodarte, including all transactions prior to February 14, 2009. Information should specifically include all prior transactions where any type of recording device was worn or utilized by Mr. Rodarte.
This information should include any and all transactions involving Mr. Rodarte in which contemporaneous recordings were obtained by the FBI.

EXHIBIT B

BY THE AUTHORITY OF THE COURT, YOU, THE WITNESS NAMED ABOVE, ARE COMMANDED TO PRODUCE THE DOCUMENTS and/or ITEMS DESIGNATED ABOVE BY CRIM. P. 17.

UNEXCUSED FAILURE OT OBEY THIS SUBPOENA MAY SUBJECT YOU TO ARREST/AND OR PENALTY FOR CONTEMPT OF COURT.

*Cynthia McKedy, 27409*

| | |
|---|---|
| ☐ Small Claims  ☐ County Court  ☒ District Court<br>☐ Probate Court  ☐ Juvenile Court  ☐ Water Court<br>El Paso County, State of Colorado<br>Court Address:  270 South Tejon<br>P.O. Box 298 Colorado Springs CO 80903-2203 | |
| STATE OF COLORADO,  PLAINTIFF,<br><br>vs.<br><br>ROBERT RAY RODARTE  DEFENDANT. | ▲ COURT USE ONLY ▲ |
| Attorney<br>CYNTHIA MCKEDY<br>ANAYA, FOLEY & McKEDY, P.C.<br>615 South Weber Street<br>COLORADO SPRINGS, CO 80903<br>Phone Number: (719)227-0007<br>FAX Number: (719)473-7148<br>Atty. Reg. #: 27409 | Case Numbers:<br>09CR753<br><br>Div.: 15  Ctrm: |
| **SUBPOENA FOR PRODUCTION OF TANGIBLE EVIDENCE** | |

**WITNESS NAME AND ADDRESS:**          Robert Goffi
                                        FBI Chief Division Counsel
                                        1961 Stout Street, Room 1823
                                        Denver, CO 80294

**DATE/TIME TO PRODUCE DOCUMENTS:**    September 9, 2009 at 1:30pm

**PLACE TO PRODUCE DOCUMENTS:**        DIVISION 15
                                        Judge Werner
                                        El Paso County District Court
                                        270 S. Tejon Street
                                        Colorado Springs, CO 80903

**DOCUMENTS/ITEMS TO BE PRODUCED:**    The actual recording device worn by Robert Rodarte on February 14, 2009 and all documentation pertaining to the operation of the recording device, to include recording parameters and operating instructions.

EXHIBIT B