| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 South Tejon Street<br>Colorado Springs, Colorado 80903 | |
| PEOPLE OF THE STATE OF COLORADO,<br>Plaintiff<br>v.<br>FRANKIE ORLANDO SALAZAR,<br>Defendant | σ COURT USE ONLY σ |
| DOUGLAS K. WILSON, Colorado State Public Defender<br>Charlotte A. Ankeny (No. 37861)<br>Deputy State Public Defender<br>415 South Sahwatch<br>Colorado Springs, Colorado 80903<br>Phone: (719) 475-1235  Fax: (719) 475-1476<br>Email: springs.pubdef@coloradodefenders.us | Case No. 09CR0748<br><br><br><br><br><br>Division 15 |

## SUBPOENA DUCES TECUM

TO:   Special Agent Robert Goffi
      And/Or Custodian of Records
      United States Department of Justice
      Federal Bureau of Investigation
      1961 Stout Street, Room 1823
      Denver, Colorado 80294

You are commanded to appear in the District Court of El Paso County, at 270 South Tejon Street, Colorado Springs, Colorado, on September 9, 2009, at 1:30 p.m., in Division 15, and you must remain until released by the Court. You are also to produce at this time and place the following:

1. The name and contact information for any Special Agent in Charge of the operation or operations responsible for investigating and or prosecuting Mr. Frankie Salazar (dob 08/18/79) as well as any alleged co-defendant: James Edward Cisneros (dob 10/29/74); Jose Lorenzo Salazar (dob 10/12/80); Richard Dydell (dob 1/23/74); and Robert Rodarte (dob 3/12/65). Or in the alternative, the lawful exemption relied upon to forego the participation of this type of oversight.

2. The investigative file in its entirety concerning Mr. Frankie Salazar (dob 08/18/79) as well as any alleged co-defendant: James Edward Cisneros (dob 10/29/74); Jose Lorenzo Salazar (dob 10/12/80); Richard Dydell (dob 1/23/74); and Robert Rodarte (dob 3/12/65).

3. The name and contact information for any law enforcement officer, agent of law enforcement officer, or confidential informant that are or were involved with the F.B.I. Southern Colorado Safe Streets Gang Task Force investigating Mr. Frankie Salazar (dob 08/18/79) as well as any alleged co-defendant: James Edward Cisneros (dob 10/29/74); Jose Lorenzo Salazar (dob

10/12/80); Richard Dydell (dob 1/23/74); and Robert Rodarte (dob 3/12/65) or alleged competing gang members Jorge Perez (dob 2/07/87); Joseph Quintana (dob 3/30/86); and unidentified individual with street name of "Tricky".

4. Any and all reports, memos, notes, and or documents regardless of format (i.e. including but not limited to texts, e-mails, faxes, wiretaps, memos, notes, documentation or official reports) by any law enforcement officer, agent of law enforcement officer, or confidential informant involved with the F.B.I. Southern Colorado Safe Streets Gang Task Force and concerning Mr. Frankie Salazar (dob 08/18/79) as well as any alleged co-defendant: James Edward Cisneros (dob 10/29/74); Jose Lorenzo Salazar (dob 10/12/80); Richard Dydell (dob 1/23/74); and Robert Rodarte (dob 3/12/65) or alleged competing gang members Jorge Perez (dob 2/07/87); Joseph Quintana (dob 3/30/86); and unidentified individual with street name of "Tricky".

5. Any and all attempts to corroborate or impeach the suspected motivation for the shooting.

6. Any and all information concerning Robert Rodarte's motivation to retaliate against Jorge Perez, aka Wicked; Joseph Quintana, aka Spider and/or aka "Tricky". This requested information includes information that is based on Robert Rodarte's personal interest or an interest that might be motivated by loyalty to family, friend or connected to his gang affiliations.

7. Any and all information that Frankie Salazar hesitated in vindicating himself in connection to the alleged assault and aggravated robbery on his person.

8. Any and all law enforcement efforts to investigate and or bring Jorge Perez, aka Wicked; Joseph Quintana, aka Spider and/or aka "Tricky" to answer for the suspected assault and aggravated robbery of Frankie Salazar in a court of law or to minimize what was an apparent concern for violent retaliation.

9. Any and all intoxicating substances, inducements, threats or promises provided or suggested to Frankie Salazar to overcome his approximate 4-mos lack of interest in responding to the alleged assault and robbery of his person? Any waiver or application for a waiver of the entrapment exceptions imposed on all FBI undercover officers and their agents. In the alternative, the lawful exemption relied upon to forego such a waiver request process by the Director.

10. Any and all investigation to corroborate or impeach the theory that Jose Perez spearheaded the assault or was the true person's behavior that needed avenging.

11. Any and all corroboration or impeachment of the proposed identification of the recorded voices on the tapes and the content of what was alleged to have been said. This request includes a request for the identification of the alleged transcribers, the key to what individuals or if individuals identities are being referenced through the use of numbers.

12. Any and all information noting the number of times the recording device worn by Robert Rodarte was turned on or turned off, the length of time recorder is off or minimized.

13. The name and contact information and file concerning this investigation for any Special Agent in Charge of the operation or operations responsible for investigating and or prosecuting Mr. Frankie Salazar (dob 08/18/79) as well as any alleged co-defendant: James Edward Cisneros (dob 10/29/74); Jose Lorenzo Salazar (dob 10/12/80); Richard Dydell (dob 1/23/74); and Robert Rodarte (dob 3/12/65). Or in the alternative, the lawful exemption relied upon to forego the participation of this type of oversight.

14. Name and contact information and file concerning this investigation of all individuals involved in the FBIHG approval process for this undercover operation along with documents submitted defining this undercover operation and its limitations. In the alternative, the lawful exemption relied upon to forego the participation of the FBIHG approval process.

15. The documentation and copy of any attempt to contact the SAC or FBIHG concerning an activity not previously foreseen or anticipated in an attempt to get instructions on how to proceed, minimize violence, or get authorization to continue the operation as well as any subsequent written report, made as soon as possible. In the alternative, the lawful exemption relied upon to forego this step of the review.

16. Any and all "review of conduct" as is required by the SAC or the designated Special Agent with the appropriate federal prosecutor. In the alternative, the lawful exemption relied upon to forego this step of the oversight process.

17. The name and contact information and discoverable file information concerning this investigation of the appropriate federal prosecutor or Attorney General providing advice or oversight on the legal sufficiency and quality of the undercover operation. The file generated as a result of this step. In the alternative, the lawful exemption relied upon to forego this step of the process.

18. The name, contact information, and file contents authorizing the closing out, or withdrawing confidential informant status of "Robert Rodarte".

19. The names and contact information and file contents concerning the individuals investigating as well as the investigation information and results connected to the "shooting incident" by a CI or during an undercover operation. In the alternative, the lawful exemption relied upon to forego this normally required review.

20. Copy of any and all agreements, documentations of understanding, and hierarchy of authority entered into with any other agency working in collaboration on this investigation.

21. Mr. Frankie Salazar also requests and incorporates by reference the same items requested by Attorney Shimon Kohn on behalf of his client James Cisneros.

**STATE OF COLORADO**
# OFFICE OF THE STATE PUBLIC DEFENDER

*DAVID S. KAPLAN*
*State Public Defender*



*Colorado Springs Regional Office*
*415 South Sahwatch*
*Colorado Springs, Colorado 80903*
*(719) 475-1235  Fax (719) 475-1476*

September 1, 2009

Special Agent Robert Goffi
And/Or Custodian of Records
United States Department of Justice
Federal Bureau of Investigation
1961 Stout Street, Room 1823
Denver, Colorado 80294

RE:  El Paso County Case 09CR0748
     People v. Frankie Salazar

Special Agent Robert Goffi:

1.  **Need for subpoenaed documentation:**
To guarantee due process and confrontation rights in compliance with the United States and Colorado Constitutions. In addition, Mr. Salazar has claims of entrapment, constitutional suppression issues as well as a claim concerning outrageous governmental conduct.

2.  **Name and address of the Court where documents are to be delivered:**
El Paso County District Court, Division 15, Room S203, Colorado Springs, CO 80903.

> Name of the Judge: Gregory R. Werner
> Name address and telephone number of the Clerk for Division 15:
> Ms Teresta Jones, District Court Clerk, Division 15, Room S203, Colorado Springs, CO 80903, (719) 448-7540

3.  **Nature of the action:** State criminal case alleging attempted murder based on the actions and statements of then federal confidential informant; Robert Rodarte.

4.  **Party seeking production or making request for production of subpoena duces tecum writ:**
Charlotte Ankeny (Reg.No. 37861) and Patricia S. Behan, (Reg.No. 15893), Deputy State Public Defenders appointed to represent Frankie Orlando Salazar on El Paso County case number 09CR0748

5.  **(Civil cases only) Reason production on writ is necessary and some other alternative is not available:**  N/A.

EXIBIT C

6. The name and location where the documents will be held for *in camera* review, to determine the need for dissemination to the parties:
Under El Paso County Case No. 09CR748 before the Honorable Gregory R. Werner, presiding judge

7. The date for requested proceedings:
Wednesday: September 9, 2009 at 1:30

*[signature]*

Patricia S. Behan, (Reg.No. 15893)
Deputy State Public Defender
415 South Sahwatch
Colorado Springs, Colorado 80903
(719) 475-1235    Fax: (719) 475-1476

EXIBIT C

Failure by any person without adequate excuse to obey a subpoena served upon him/her may be deemed a contempt of court from which the subpoena issued. C.R. Crim. P., 17(g).

*[signature]* #37861 for    September 1, 2009
Patricia S. Behan

**RETURN OF SERVICE**
El Paso County, Colorado
I certify that I served this Subpoena by hand delivering/mailing to:

**AFFIANT**                                 Dated

**WAIVER OF SERVICE**
I hereby waive Personal Service and accept service of this Subpoena by mail.

**SIGNATURE**                               Dated

                                            Phone number where you can be reached:
**SIGNATURE OF PARENT /GUARDIAN**           Day:
(If above person is under the age of 18 years)  Evening:

EXIBIT C