# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal

State of Colorado

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal

James Cisneros
Robert Rodarte
Jose Salazar
Frankie Salazar

Note: the FBI is a third-party who has been subpoenaed

### Section C - Pending Motions As of Date of Removal

Title of Motion:        Date Motion Filed:

1) Motion for Reconsideration (Rodarte)    November 16, 2009
2) _____    _____
3) _____    _____
4) _____    _____

(Use reverse for additional information if necessary)

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

For Defendant Rodarte: Motion for Reconsideration, Dec. 17, 2009 at 9a.m., Division 15 (Judge Werner)
Trial, Jan. 19, 2010, Division 15 (Judge Werner)

s/ Amy L. Padden
Amy L. Padden
Telephone Number: (303) 454-0100
Date: Dec. 11, 2009

State Court Case Nos.: 09cr748, 09cr753, 09cr768, 09cr818 (El Paso County District Court)

(Rev. 04/06/06)