IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

In the Matter of the ORDER BY THE EL PASO COUNTY DISTRICT COURT TO
RELEASE THE CONTENTS OF THE FEDERAL BUREAU OF INVESTIGATION'S
CONFIDENTIAL INFORMANT FILE

---

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 81.1

---

A trial in this case has been set in the state court from which it was removed.  The

case is scheduled for trial for case No. 09CR0753 on January 19, 2010.  There is also a

hearing on pretrial motions scheduled for December 17, 2009.  The FBI has not received

notice of any other hearings or proceedings that have been scheduled in state court in this

matter.

Undersigned is in the process of obtaining from the Clerk's Office for the District

Court of Denver County to send copies of all filed pleadings, motions, and other papers

relevant to the removed issue in the case and will file those documents with this Court in

compliance with the requirements of D.C.COLO.LCivR 81.1 once they are received.

DATED this 11th day of December, 2009.

Respectfully submitted,

DAVID GAOUETTE
United States Attorney


***s/ Amy L. Padden***
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, I served the foregoing **CERTIFICATE OF COMPLIANCE** by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Plaintiff:

Terry Sample
Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros*:
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Robert Rodarte*:
Cynthia McKedy
Anaya, Foley & McKedy, P.C.
615 S. Weber Street
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankeny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar:*
Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Amy Padden
***Amy Padden***
Office of the United States Attorney