IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

      Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      On December 11, 2009, the Federal Bureau of Investigation and Special Agent Robert Goffi filed a notice of removal, challenging an order of the El Paso County District Court enforcing a subpoena.  The Court will hold a status conference on this matter on Monday, December 21, 2009, at 2:00 P.M.  The defendants' presence is not required.

      DATED December 14, 2009.