IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

**JOINT MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY TELEPHONE
AT STATUS CONFERENCE**

The Federal Bureau of Investigations ("FBI"), by the undersigned Assistant United States Attorney, and Defendant Jose Salazar, through undersigned counsel, hereby move the Court for leave for counsel for Jose Salazar to appear by telephone at the status conference scheduled for Friday, December 18, 2009, at 3:30 p.m. In support of this motion, the parties state as follows:

This matter arises out of a prosecution pending in El Paso County District Court and was removed by the FBI. On December 14, 2009, this Court entered an order setting a Status Conference for December 21, 2009. Counsel for the FBI is scheduled to be out of town on that date and requested that the matter be reset for December 18, 2009 in the afternoon. The Court has reset the status conference for December 18, 2009, at 3:30 p.m. (Doc. 4.)

Because this matter is pending in El Paso County, all of the counsel are located

there.  Counsel for the State of Colorado, Robert Rodarte, Frankie Salazar, and James Cisneros have informed counsel for the FBI that they intend to appear in person at the status conference.  However, counsel for Jose Salazar would like to appear by telephone with the Court's permission.

Pursuant to Local Rule 7.1A, counsel states that no other party opposes this request.

Pursuant to Local Rule 7.1F, a proposed order is attached.

For the reasons set forth above, the FBI and Jose Salazar respectfully request that this motion be granted, and that counsel for Jose Salazar be permitted to appear by phone at the Status Conference.

DATED this 17th day of December, 2009.

                                          Respectfully submitted,

                                          <u>s/ Mark Menscher</u>
                                          Mark Menscher
                                          Victoria Ringler
                                          19 N. Tejon, Suite 40
                                          Colorado Springs, CO 80903
                                          (719) 227-1882
                                          Fax (719) 227-1805

                                          Counsel for Jose Salazar

DAVID M. GAOUETTE
United States Attorney


s/ Amy L. Padden
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Counsel for the FBI

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system and on December 18, 2009, I served the foregoing by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Plaintiff:

Terry Sample
Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros*:
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Robert Rodarte*:
Cynthia McKedy
Anaya, Foley & McKedy, P.C.
615 S. Weber Street
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankeny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar:*
Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Amy L. Padden
Amy L. Padden
