IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

---

**ORDER GRANTING JOINT MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY TELEPHONE AT STATUS CONFERENCE**

---

The Court, having considered the Joint Motion for Leave for Counsel to Appear by Telephone at Status Conference and being fully advised in the matter, finds that good cause exists for granting the motion.  Accordingly, the motion is hereby GRANTED.  Defense counsel may appear by telephone at the Status Conference set for December 18, 2009.

DATED: December __, 2009.

                                                                                          _____
                                                                                          United States District Judge