UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

    Plaintiff,

v.

Robert Rodarte, et al.

    Defendants

## MOTION FOR COURT APPOINTED COUNSEL

    The Defendant, James Cisneros, by and through his undersigned attorney, files this Motion for Court Appointed Counsel and states as follows:

    1.    On February 22nd, 2009, undersigned counsel was appointed in the El Paso County District Court to represent Mr. Cisneros against allegations of conspiracy to commit murder, drug possession, and possession of a weapon by a felon. Counsel was appointed due to Defendant's indigent status and due to the Office of the Public Defender representing a codefendant (Frankie Salazar). Counsel was appointed under statutory provisions for Alternate Defense Counsel (ADC). Representation through ADC is limited to defending Mr. Cisneros in state court against allegations brought by the state.

    2.    While this case is filed as a civil matter in this Court, Defendant's state and federal Constitutional rights will be impacted by this Court's ruling. At issue is Defendant's right to due process, challenge the evidence brought at trial, and confront his accusers.

    3.    Pursuant to Rule 44 of the Federal Rules of Criminal Procedure and Rule 57.1(19) of the Local Rules of Practice (District of Colorado), Mr. Cisneros is entitled to have counsel appointed.

    4.    At present, Mr. Cisneros is indigent. He is incarcerated at the Colorado Department of Corrections.

Respectfully submitted this 18th day of December, 2009.

1

_____
Shimon Kohn
Colorado Reg. 31710
Shimon Kohn, P.C.
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
(719) 328-9555

*Attorney for the Defendant James Cisneros*