**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

**MOTION FOR COURT APPOINTED COUNSEL**

   The Defendant, Robert Rodarte, by and through his undersigned attorneys, files this Motion for Court Appointed Counsel and states as follows:

  1. On July 15, 2009, undersigned counsel was retained by Mr. Rodarte to represent him in El Paso County Criminal action 09CR753 for representation in Colorado State Court. As Mr. Rodarte's current counsel do not practice in The United States District Court he is seeking experienced and effective representation in case no. 1:09-cv-02912.

  2. While this case is filed as a civil matter in this Court, Defendant's state and federal Constitutional rights will be impacted by this Court's ruling. At issue is Defendant's right to due process, his right to challenge the evidence brought at trial, and his right to confront his accusers.

  3. Pursuant to Rule 44 of the Federal Rules of Criminal Procedure and Rule 57.1(19) of the Local Rules of Practice (District of Colorado), Mr. Rodarte is entitled to have counsel appointed.

  4. At present, Mr. Rodarte is indigent. He is incarcerated in the El Paso County Jail on a no bond status.

Respectfully submitted this 21st day of December, 2009.

                                                                                                            _____
Cynthia McKedy
Colorado Reg. 27409
Eric Anaya
Colorado Reg. 35203
Anaya, Foley & McKedy, P.C.
Colorado Springs, CO  80903
(719) 227-0007

*Attorneys for the Defendant Robert Rodarte*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system and on December 21, 2009, I served the foregoing by depositing the same in the U.S. Maine, postage prepaid, addressed to:

Counsel of Plaintiff*:*

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney' Office
105 E. Vermijo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros:*
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar*
Victoria Ringler
Mark Menscher,P.C.
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Cynthia McKedy
Cynthia McKedy
