IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Cisneros' **Motion for Court Appointed Counsel** [Docket No. 7; Filed December 18, 2009] and Defendant Rodarte's **Motion for Court Appointed Counsel** [Docket No. 8; Filed December 21, 2009].

    IT IS HEREBY **ORDERED** that state court counsel for Defendants Cisneros and Rodarte shall submit a copy of the financial affidavit submitted by each Defendant in El Paso County District Court for the purpose of obtaining appointed counsel on or before **December 28, 2009**.

Dated:  December 22, 2009