# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: December 18, 2009  
Time: 18 minutes

**CASE NO. 09-cv-02912-PAB**

| Parties | Counsel |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO,** | Terry Sample |
| Plaintiff (s), | |
| vs. | |
| **ROBERT RODARTE,** | Eric Anaya and Cynthia McKedy |
| **FRANKIE SALAZAR,** | Patricia Behan and Charlotte Ankeny |
| **JOSE SALAZAR,** | Victoria Ringler |
| **JAMES CISNEROS,** | Shimon Kohn |
| Defendant (s), and | |
| **ROBERT GOFFI, Special Agent of the FBI,** | Amy Padden |
| Interested Party, | |

## STATUS CONFERENCE

**3:32 p.m.     COURT IN SESSION**

Page Two
09-cv-02912-PAB
December 18, 2009.

APPEARANCES OF COUNSEL.  Ms. Ringler appears by telephone.  Defendants' appearances have been waived.

Discussion regarding the captioning of the case.

Discussion regarding state court pleadings, which are relevant to the subpoena issue, when they will be filed in this Court and time frame for resolving the federal issue.

Court advised that defendants James Cisneros and Robert Rodarte will be seeking court appointed counsel.

Ms. Ringler advises that defendant Jose Salazar has retained private counsel and upon the entering appearance, she will be moving to withdraw.

**ORDERED:**  Any defendants seeking court appointed counsel shall file their motions as soon as possible.

Discussion regarding the custodial status of the defendants.

**ORDERED:**  Status conference set for **January 8, 2010 at 3:30 p.m.**

 3:50 p.m.    **COURT IN RECESS**

**Total in court time:**       **18 minutes**

**Hearing concluded**