UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

## AMENDED MOTION FOR COURT APPOINTED COUNSEL

The Defendant, Robert Rodarte, by and through his undersigned attorney, files this Amended Motion for Court Appointed Counsel and states as follows:

1. Counsel received the request to file the Financial Affidavit regarding representation of Mr. Rodarte in El Paso County Courts.

2. As Mr. Rodarte is being held in the El Paso County jail the Court in El Paso County, Division 15, Judge Werner, appointed the Colorado State Public Defender based on Mr. Rodarte's indigent status. Due to a co-defendant conflict, an Alternate Defense Counsel was appointed.

3. The appointment for Alternate Defense Counsel is attached to this motion.

Respectfully submitted this 23rd day of December, 2009.

Cynthia McKedy Colorado Reg. 27409
Anaya, Foley & McKedy, P.C.
Colorado Springs, CO  80903
(719) 227-0007

*Attorney for the Defendant Robert Rodarte*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system and on December 23, 2009, I served the foregoing by depositing the same in the U.S. Maine, postage prepaid, addressed to:

Counsel of Plaintiff:

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney' Office
105 E. Vermijo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros:*
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar*
Victoria Ringler
Mark Menscher,P.C.
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Cynthia McKedy
Cynthia McKedy

NM

| DISTRICT COURT, EL PASO COUNTY, COLORADO Court Address: 270 South Tejon, Colorado Springs, CO 80903 | FILED-DISTRICT & COUNTY COURTS-EL PASO CO., CO |
|---|---|
| PEOPLE OF THE STATE OF COLORADO, Plaintiff, | MAR 1 3 2009 |
| v. Robert Rodate Defendant. | DIVISION 15 ▲ COURT USE ONLY ▲ |
| Attorney: William T. Griffin The Griffin Law Firm, PC 630 North Tejon Colorado Springs, CO 80903 Phone Number: 719/227-1101 FAX Number: 719/473-1666 E-mail: bill@williamgriffinlaw.com Atty. Reg. #: 28650 | Case Number: 09CR753 Division 15 |

### ORDER RE: APPOINTMENT OF COUNSEL AT STATE EXPENSE OTHER THAN THE PUBLIC DEFENDER IN A CRIMINAL OR JUVENILE DELINQUENCY PROCEEDING

William Griffin is hereby appointed to represent the defendant in the above-captioned case. The reason for appointment of private counsel at state expense is:

1. Alternate Defense Counsel is appointed and will pay counsel because the defendant is indigent and the Public Defender:

   a. ☑ Represents a co-defendant _____.

   b. ☐ represents a witness/victim _____.

   c. ☐ has an ethical conflict of interest _____.

2. Appointment of Alternate Defense Counsel is effective __2/24/09__.

By this Court

3/13/09
Dated
nunc pro tunc 2/24/09

Gregory R. Werner
Judge