UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

        Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR,and
JAMES CISNEROS,

        Defendants

---

## AMENDED MOTION FOR COURT APPOINTED COUNSEL

---

        The Defendant, James Cisneros, by and through his undersigned attorney, files this Amended Motion for Court Appointed Counsel and states as follows:

1)     Counsel received the request to file the Financial Affidavit regarding representation of Mr. Cisneros in El Paso County Courts.

2)     As Mr. Cisneros was being held in the El Paso County jail at the time he was charged with these criminal allegations, the Court appointed the Colorado State Public Defender based on Mr. Cisneros' indigent status. Mr. Cisneros is currently in the custody of the Colorado Department of Corrections and remains indigent.

3)     Due to a co-defendant conflict, an Alternate Defense Counsel was appointed.

4)     The appointment for Alternate Defense Counsel is attached to this motion. This Order of Appointment confirms that on the date of appointment, the Court, through the Honorable Gregory Werner, found Mr. Cisneros to be indigent.

        Respectfully submitted this 23rd day of December, 2009.

Shimon Kohn

1

Colorado Reg. # 31710
Shimon Kohn, P.C.
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
(719) 328-9555

*Attorney for the Defendant James Cisneros*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system and on December 23, 2009, I served the foregoing by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel of Plaintiff:
Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney' Office
105 E. Vermijo
Colorado Springs, CO 80903

Counsel for Defendants:

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar:*
Victoria Ringler
Mark Menscher,P.C.
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

*For Robert Rodarte;*
Cynthia McKedy
615 S. Weber Street
Colorado Springs, CO  80903

| | |
|---|---|
| ☐ Small Claims  ☐ County Court  ☒ District Court<br>☐ Probate Court  ☐ Juvenile Court  ☐ Water Court<br>El Paso County, State of Colorado<br>Court Address:  20 E. Vermijo<br>P.O. Box 2980<br>Colorado Springs CO 80903 | FILED-DISTRICT & COUNTY<br>COURTS-EL PASO CO., CO<br><br>MAR 1 6 2009<br><br>**DIVISION 15** |
| STATE OF COLORADO,                    PLAINTIFF,<br>vs.<br>JAMES CISNEROS,                    DEFENDANT. | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney: (Name & Address)<br>SHIMON KOHN, ATTORNEY AT LAW<br>405 SOUTH CASCADE, SUITE 301<br>COLORADO SPRINGS, CO  80903<br>Phone Number:  (719)328-9555<br>FAX Number:    (719)475-1884<br>E-mail: shimonkohn@hotmail.com<br>Atty. Reg. #:  31710 | Case Numbers: 09CR768<br><br>Div.: 15  Ctrm: |

## ORDER RE: APPOINTMENT OF COUNSEL IN CRIMINAL AND JUVENILE DELINQUENCY CASES

It is ordered that Shimon Kohn, Attorney at Law, 2 North Cascade, Suite 550, Colorado Springs, Colorado 80903, (719) 328-9555, is hereby appointed to represent the defendant/juvenile in the above captioned case.

The reason for the appointment of private counsel is:

☒   The defendant/juvenile is indigent and
    ☒   the Public Defender represents a co-defendant:  Robert Rodarte – 09CR753
        the Public Defender represents a witness:
        the Public Defender has an ethical conflict of interest:

☐   The defendant's/juvenile's parent or legal guardian is "Partially Indigent" based on information provided by the Collection Investigator or form JDF 208.  An Order for Reimbursement will follow.

☐   Parent refusal for good cause due to parent/sibling being alleged victim.

☐   Parent refusal for good cause, parent must reimburse the State.

☐   Other, specify with statutory citation:_____

So Ordered: March _1/6_,2009.  **Nunc pro tunc to February 24, 2009.**

_____
DISTRICT COURT JUDGE

EC
TJ