IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Cisneros' **Amended Motion for Court Appointed Counsel** [Docket No. 15; Filed December 23, 2009] (the "Amended Motion").

    IT IS HEREBY **ORDERED** that the Amended Motion is **DENIED WITHOUT PREJUDICE.**  This Court needs a *factual basis* for the appointment of counsel to Defendant on the basis of his alleged indigency.  If Defendant completed a financial affidavit for purposes of the state court holding that he is indigent, counsel is directed to file that affidavit with this Court.  If Defendant did not complete such an affidavit, counsel is directed to have Defendant complete this Court's CJA 23 Financial Affidavit form, which is available on the Court's website.  (See www.cod.uscourts.gov,, click on "Forms," scroll down to "Criminal Forms," click on "CJA 23 Financial Affidavit.") Counsel shall file Defendant's financial affidavit on or before **December 30, 2009**.

Dated:  December 23, 2009