# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR,and
JAMES CISNEROS,

Defendants.

## SECOND AMENDED MOTION FOR COURT APPOINTED COUNSEL

      The Defendant, Robert Rodarte, by and through his undersigned attorney, files this Second Amended Motion for Court Appointed Counsel and states as follows:

1. Counsel received the request to file the Financial Affidavit regarding representation of Mr. Rodarte in El Paso County Courts.

2. As no Financial Affidavit was completed in El Paso County prior to Mr. Rodarte being determined indigent a new Financial Affidavit CJA23 is being provided and is attached.

Respectfully submitted this 29th day of December, 2009.

                                        Cynthia McKedy Colorado Reg. 27409
                                        Anaya, Foley & McKedy, P.C.
                                        Colorado Springs, CO 80903
                                        (719) 227-0007

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system and on December 29, 2009, I served the foregoing by depositing the same in the U.S. Maine, postage prepaid, addressed to:

Counsel of Plaintiff:

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney' Office
105 E. Vermijo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros:*
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar*
Victoria Ringler
Mark Menscher,P.C.
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

        s/ Cynthia McKedy
        Cynthia McKedy

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA23  D/CO Mod. 04/02

IN UNITED STATES DISTRICT COURT

| THE UNITED STATES VS. | FOR UNITED STATES DISTRICT COURT |
|---|---|
| People of the State of Colorado Plaintiff, v. Robert Rodarte, Frankie Salazar, Jose Salazar, James Cisneros, | AT DENVER, COLORADO |

**PERSON PRESENTED** (Show your full name)

ROBERT RAY RODARTE

**CHARGE/OFFENSE** (Describe if applicable & check box)   [X] Felony   [ ] Misdemeanor

Charges in El Paso County District Court
7 Counts-Criminal Attempt to Commit Murder in the First Degree C.R.S. 18-2-102(1)(d);18-2-101
8 Counts-Crime of Violence C.R.S. 18-1.3-406(a)(I)(A)
1 Count- Conspiracy to Commit Murder in the First Degree C.R.S. 18-3-102(1)(a);18-2-201
1 Count Possession of a Weapon by Previous Offender C.R.S. 18-12-108(1)

| # | | |
|---|---|---|
| 1 | [X] Defendant - Adult | |
| 2 | [ ] Defendant - Juvenile | **DOCKET NUMBERS** |
| 3 | [ ] Appellant | Magistrate |
| 4 | [ ] Probation Violator | District Court |
| 5 | [ ] Parole Violator | 1:09-cv-02912 |
| 6 | [ ] Habeas Petitioner | Court of Appeals |
| 7 | [ ] 2255 Petitioner | |
| 8 | [ ] Material Witness | |
| 9 | [ ] Other (Specify) | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you employed?   [ ] Yes   [X] No   [ ] Am Self-Employed
Name and address of employer: Incarcerated in El Paso County Jail since February 21, 2009

IF YES, Monthly Income? $ _____
IF NO, Give month and year of last employment _____   Monthly Income $ _____
If married is your spouse employed?   [ ] Yes   [ ] No
IF YES, Monthly Income? $ _____
If a minor under age 21, what is your parents or guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividend, retirement or annuity payments, or other sources?   [X] Yes   [ ] No

| | Received | Sources |
|---|---|---|
| IF YES, Give Amount Received and Identify the Sources | $3250 | FBI-January 2009 |
| | $3850 | B&h Waterproofing |

**CASH**

Have you any cash on hand or money in savings or checking accounts?   [ ] Yes   [X] No   IF YES, State Total Amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   [ ] Yes   [X] No

| Value | Description |
|---|---|
| IF YES, Give Value and Description | |

**DEPENDENTS**

Marital Status:
[ ] Single
[ ] Married
[ ] Widowed
[X] Separated/Divorced

Total No. of Dependents: _____

List persons you actually support and your relationship to them.

**OBLIGATIONS AND DEBTS**

**DEBTS AND MONTHLY BILLS**
(List all creditors, including banks, loan companies, charge accounts, etc.)

| Apartment or Home | Creditors | Total Debt | Monthly Pmt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): _12-29-09_

Signature of Defendant (or Person Represented) _/s/ Rahit Ratta_

**WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**