**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

        Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS

        Defendants.

---

**MOTION FOR ENLARGEMENT OF TIME TO FILE FINANCIAL AFFIDAVIT**

---

COMES NOW James Cisneros, by and through his attorney, Shimon Kohn, and hereby requests that this Court grant an enlargement of time to file his financial affidavit as Ordered by the Court.   As grounds therefore, the Defendant states as follows:

1.     Undersigned counsel has previously filed a Motion for Appointment of  Counsel and an Amended Motion for Appointment of Counsel.

2.     On December 28, 2009, counsel received notice from the Court that Defendant is required to complete, and file with the Court, a CJA 23 Financial Affidavit by December 30, 2009. Counsel has been out-of-state since December 24, 2009 and therefore cannot meet with Defendant Cisneros at his Colorado Department of Corrections facility prior to December 30, 2009.

3.      Counsel's legal assistant mailed out the CJA 23 Financial Affidavit form to Defendant

Cisneros at the Colorado Department of Corrections facility in Fremont County on December 29,

2009.

4.      Counsel will not return to the State of Colorado until January 2, 2010.  Based on previous

experience with mailings within the Colorado Department of Corrections, counsel believes the

completed CJA 23 Financial Affidavit will be received from Defendant Cisneros between

January 4 and January 8, 2010.

WHEREFORE, undersigned counsel, Shimon Kohn, requests an enlargement of time

until January 8, 2010 to file the financial affidavit as Ordered by the Court. In the event counsel

receives the affidavit prior to January 8, 2010, it will be filed immediately upon receipt.


Respectfully submitted this 30th day of December 2009.


s\ Shimon Kohn

_____

Shimon Kohn
Colorado Reg. 31710
Shimon Kohn, P.C.
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
(719) 328-9555

*Attorney for the Defendant James Cisneros*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system on December 30, 2009, I served the foregoing by depositing the same in the U.S. Mail, postage prepaid, addressed to:

*Counsel for the Plaintiff:*

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 East Vermijo
Colorado Springs, CO 80903

*Counsel for the Defendants:*

*For Frankie Salazar*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 South Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar*
Victoria Ringler
Mark Menscher, P.C.
19 North Tejon, Suite 40
Colorado Springs, CO 80903

*For Robert Rodarte*
Cynthia McKedy
615 South Weber Street
Colorado Springs, CO 80903


_____
Jennifer Rees