IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendant Cisneros' **Motion for Court Appointed Counsel** [Docket No. 7; Filed December 18, 2009] and Defendant Rodarte's **Motion for Court Appointed Counsel** [Docket No. 8; Filed December 21, 2009].

    IT IS HEREBY **ORDERED** that Motions [#7] [#8] are **DENIED as moot.**  The Motions are superseded by the Amended Motions for Court-Appointed Counsel filed by Defendants Cisneros and Rodarte [#13] [#15].

Dated:  December 30, 2009