IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

        Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

        Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on Defendant Rodarte's **Second Amended Motion for Court Appointed Counsel** [Docket No. 19; Filed December 29, 2009] (the "Second Amended Motion").

        IT IS HEREBY **ORDERED** that the Second Amended Motion is **GRANTED**.

        IT IS FURTHER **ORDERED** that the Office of Federal Public Defender is appointed to represent Defendant Rodarte in this matter. In the event that the Federal Public Defender has a conflict, counsel from the CJA panel shall be appointed.


Dated:  December 30, 2009