IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Cisneros' **Motion for Enlargement of Time to File Financial Affidavit** [Docket No. 22; Filed December 30, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. This matter is set for a status conference before District Judge Philip A. Brimmer on January 8, 2010.  Defendant Cisneros' motion for appointment of counsel needs to be resolved prior to that status conference, and sufficient time allowed for new counsel, if appropriate, to prepare for the status conference.  Accordingly, counsel for Defendant Cisneros shall submit a financial affidavit on or before **January 4, 2010**.

Dated:  December 31, 2009