UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

People of the State of Colorado,

    Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS

    Defendants.

## NOTICE OF FILING OF FINANCIAL AFFIDAVIT

Pursuant to an Order previously entered by this Court, and consistent with his request for appointment of counsel, Defendant hereby files the attached CJA 23 Financial Affidavit.

Respectfully submitted this 4th day of January 2010.

                                    Shimon Kohn
                                    Colorado Reg. 31710
                                    Shimon Kohn, P.C.
                                    2 North Cascade Ave., # 550
                                    Colorado Springs, CO  80903
                                    (719) 328-9555

*Attorney for Defendant James Cisneros:*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system on January 4, 2010, I served the foregoing by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for the Plaintiff:

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 East Vermijo
Colorado Springs, CO 80903

Counsel for the Defendants:

*For Frankie Salazar*
Patricia Behan
Charlotte Ankenny
Colorado State Public Defender
415 South Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar*
Victoria Ringler
Mark Menscher, P.C.
19 North Tejon, Suite 40
Colorado Springs, CO 80903

*For Robert Rodarte*
Cynthia McKedy
615 South Weber Street
Colorado Springs, CO 80903

_____
Jennifer Rees