# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE
IN UNITED STATES DISTRICT COURT

CJA23
D/CO Mod. 04/02

| THE UNITED STATES VS. | FOR |
|---|---|
| James Edward Cisneros | UNITED STATES DISTRICT COURT AT DENVER, COLORADO |

**PERSON PRESENTED** (Show your full name)

James Edward Cisneros

**CHARGE/OFFENSE** (Describe if applicable & check box) [X] Felony [ ] Misdemeanor

1. [X] Defendant - Adult
2. [ ] Defendant - Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you employed? [ ] Yes [X] No [ ] Am Self-Employed
Name and address of employer:

IF YES, Monthly Income? $
IF NO, Give month and year of last employment 7, 2003 Monthly Income $ 1500.00
If married is your spouse employed? [X] Yes [ ] No
IF YES, Monthly Income? $ 1100.00
If a minor under age 21, what is your parents or guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividend, retirement or annuity payments, or other sources? [ ] Yes [X] No
IF YES, Give Amount Received and Identify the Sources
Received / Sources

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes [X] No IF YES, State Total Amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
IF YES, Give Value and Description
Value / Description

**DEPENDENTS**
Marital Status: [X] Married [ ] Single [ ] Widowed [ ] Separated/Divorced
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Candice Cisneros, wife
_____ Cisneros, Son
_____ Cisneros, Son

**OBLIGATIONS AND DEBTS**
I Don't Know exact till in custody

**DEBTS AND MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| Apartment or Home | Creditors | Total Debt | Monthly Pmt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 12-31-09

Signature of Defendant (or Person Represented) → James E. Cisneros

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.