UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

        Plaintiff,

v.

ROBERT RODARTE, et al.

        Defendants

## MOTION FOR COURT APPOINTED COUNSEL

The Defendant, Frankie Salazar, by and through his undersigned attorney, files this Motion for Court Appointed Counsel and states as follows:

1. On February 24, 2009, undersigned counsel was appointed to represent Mr. Frankie Salazar in the case of the People of the State of Colorado vs. Frankie Orlando Salazar. [El Paso County Case No. 09CR0748].

2. Mr. Salazar was found to be indigent and qualified for court appointed counsel based on the fact that he was in custody at that time. In addition, Mr. Salazar was deemed indigent based on his *Application For Public Defender, Court –Appointed Counsel, Or Guardian Ad Litem* signed on January 5, 2009 and filed in case 08CR4840.

3. Although the current matter has a civil designation, it implicates Mr. Salazar's due process rights under both the United States and Colorado Constitutions.

4. Mr. Salazar seeks court appointed counsel pursuant to 18 U.S.C. 3006, Rule 44 of the Federal Rules of Criminal Procedure, and Rule 57.1(19) of the Local Rules of Practice (District of Colorado).

5.  Mr. Salazar attaches the "*Application*" concerning indigency that was relied upon for appointment of counsel in his state cases.

Respectfully submitted this 31st day of December, 2009.


*Patricia S. Behan*

Patricia S. Behan  (Colorado Reg, 15893)
Deputy State Public Defender
415 South Sahwatch
Colorado Springs, CO 80903
(719) 475-1235

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2009, I electronically filed the foregoing with the Clerk of Court and on December 23, 2009, I served the foregoing by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Amy Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 E. Vermijo
Colorado Springs, CO 80903

Cynthia McKedy
[Counsel for Robert Rodarte]
Anaya, Foley & McKedy, P.C.
615 S. Weber Street
Colorado Springs, CO 80903

Shimon Kohn
[Counsel for James Cisneros]
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903

Victoria Ringler
Mark Menscher, P.C
[Counsel for Jose Salazar]
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

# APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM

Pursuant to $21-1-103(7)$, C.R.S., a processing fee of $25.00 may be collected by the court upon final disposition of this case.

☐ DISTRICT ☐ COUNTY COURT
COUNTY COURTS OF
EL PASO, Colorado

FILED IN THE DISTRICT AND
JAN 0 6 2009
M. WPECY
CLERK COUNTY COURT

Case number: 08M2606        Court Room: V-5
Most serious charge: 08CR0840 Assault II Degree        Next hearing date/Type: _____

All sections must be completed. Print neatly. If an item does not apply, write N/A.

**Applicant**
- Name: Salazar, Frankie
- Mailing Address: PO Box 9444  80932
- Street Address (if different): 1314 Bates Dr
- City, State, Zip: Colo. Spgs. CO 80909
- Phone number: 719-266-1640
- Soc. Sec. No.: _____ Birthdate: 5-18-74
- Driver's License No.: 95-132-2378  State: CO

**Applicant's Employer**
- Company: Unemployed
- Mailing Address: _____
- Street Address (if different): _____
- City, State, Zip: _____
- Phone Number: _____ Position: _____
- Length of Employment: _____ Hours/Week: _____
- Pay Dates: _____ Pay Rate: $ _____

**Other Household Members (Spouse, Parent, etc.)**
- Name: N/A
- Relation to Applicant: _____
- Mailing Address: _____
- Street Address (if different): _____
- City, State, Zip: _____
- Phone number: _____
- Soc. Sec. No.: _____ Birthdate: _____
- Driver's License No.: _____ State: _____

**Other Household Member's Employer**
- Company: N/A
- Mailing Address: _____
- Street Address (if different): _____
- City, State, Zip: _____
- Phone Number: _____ Position: _____
- Length of Employment: _____ Hours/Week: _____
- Pay Dates: _____ Pay Rate: $ _____

Marital Status: ☐ Single ☐ Married ☒ Separated ☐ Divorced    Total Number of Dependents (including yourself): _____

| Gross Monthly Income | Amount | Monthly Expenses | Amount |
|---|---|---|---|
| Self | $0 | Rent/Mortgage | $0 |
| Spouse/Other Household Members | 0 | Groceries | 0 |
| Parents (if same household) | 0 | Utilities | 0 |
| Unemployment | 0 | Clothing | 0 |
| Social Security/Retirement Funds | 0 | Alimony/Maintenance and/or Child Support | 0 |
| Food Stamps/Public Assistance | 0 | Medical Expenses | 0 |
| Alimony/Maintenance and/or Child Support | 0 | Credit/Other Loans | 0 |
| Other Income | 0 | Local/State/Federal Taxes | 0 |
|  |  | Other Court-Ordered Expenses | 0 |
| **Total Household Income** | $0 | **Total Expenses** | $0 |

| Assets | Amount | Description |  |
|---|---|---|---|
| Savings Account Balance | $0 | Name of Bank: N/A |  |
| Checking Account Balance | 0 | Name of Bank: N/A |  |
| Value of Vehicles | 5000 | Year and Model: 93 Chevy 3500 |  |
| Value of Recreation Vehicles | 0 | Amount Owed: $ 0 |  |
| Value of House | 0 | Type: _____ |  |
| Value of Other Property | 0 | Type: _____ |  |
| Value of Stocks, Bonds, Mutual Funds | 0 | Type: _____ |  |
| Value of Other Investments | 0 | Year and Model: _____ |  |
| **Total Assets** | $5000 | Convertible to Cash = $ 0 |  |

References:
1. Name/Address/Phone: Josie Salazar 1314 Bates Dr  630-0806
2. Name/Address/Phone: Candic Cisneros  434-2304

Guidelines: ☒ At or below or ☐ Above or
☐ Automatically eligible for PD/GAL/RPC (☐ In custody &/or bond allowed ☐ Out on bond) or
☐ Refer to scoring instrument (Criminal, Misdemeanor, Traffic, Juvenile Delinquency cases)

Signature of investigator/clerk/PD: _____    Date: 1/6/09

I swear under penalty of perjury that the above-contained information is true and complete. I also understand that if the court grants this request, I may later be ordered to reimburse the State of Colorado for attorney fees spent on my behalf.

Client Signature: _____    Date: 1/5/09

Signature of judicial officer: _____    Date: _____

Request: ☐ granted or ☐ denied

JDF208   R7/06   APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM (Page 1 of 2)    COURT COPY