IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender

    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_Williamson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cynthia Ann McKedy
Email:  mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Eric S. Anaya
Email:  anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Email:  patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Shimon Kohn
Email: skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Amy L. Padden
Email: amy.padden@udogj.gov
*Attorney for Plaintiff*

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Charlotte Ankeny
Public Defender's Office - Colorado Springs
415 South Sahwatch
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorney for Defendant Frankie Salazar*

Mark B. Mensher
Victoria Lynn Ringler
Mark Mensher, PC
19 North Tejon, #40
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Defendant Jose Salazar*

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 E. Vermijo Ave., #500
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Plaintiff*

Mr. Robert Rodarte
(Via U.S. Mail)

                                              s/ Warren R. Williamson
                                              Warren R. Williamson
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Rick_Williamson@fd.org
                                              Attorney for Defendant