IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Notice of Filing of Financial Affidavit** filed by Defendant Cisneros [Docket No. 28; Filed January 4, 2010].

    IT IS **ORDERED** that counsel from the CJA panel is appointed to represent Defendant Cisneros in this matter.

Dated:  January 5, 2010