IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
JAMES CISNEROS,
FRANKIE SALAZAR, and
JOSE SALAZAR,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Frankie Salazar's **Motion for Court Appointed Counsel** [Docket No. 29; Filed January 4, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that counsel from the CJA panel is appointed to represent Defendant Frankie Salazar in this matter.

Dated:  January 5, 2010