IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:09 cv 02912 PAB

PEOPLE OF THE STATE OF COLORADO,

       Plaintiff,

v.

ROBERT RODARTE,

       Defendant.

_____

**DEFENDANT'S MOTION TO DISMISS**
_____

The defendant, Robert Rodarte, through court appointed counsel, the Office of the Federal Public Defender, and Assistant Federal Public Defender Warren R. Williamson, moves to dismiss the above captioned action.

Mr. Rodarte incorporates by reference the representations contained in the Notice of Removal filed December 11, 2009, Doc. 1, as well as in Exhibit D, attached thereto, which is the December 8, 2009, Order Denying Motion for Reconsideration and Granting Stay. (This Order, hereafter referred to as "the state court order," was issued in El Paso County District Court case numbers 09CR748, 753, 768 and 818.)

Simply put, this Court does not have jurisdiction over the issue of whether the F.B.I. must comply with the state court order. A federal court's jurisdiction over an action removed under 28 U.S.C.§ 1442(a) is derivative of the state court's. If the state court lacks jurisdiction, so does the federal court. *See Pollock v. The Barbosa Group*, 478 F.Supp.2d 410, 413 (W.D.N.Y. 2007) (*citing Smith v. Cromer*, 159 F.3d 875, 878 (4th Cir. 1998)).

While the issue of the F.B.I.'s compliance *vel non* with the state-issued subpoenas is properly removed to federal court under 28 U.S.C. § 1442, *Smith v. Cromer, supra*, at 877, where, as here, the federal agency has not waived immunity – *i.e.*, has objected to disclosure – "the state court (and the federal court on removal) lacks jurisdiction to proceed against a federal employee acting pursuant to agency direction." *Pollock v. The Barbarosa Group*, *supra* at 413. (quoting *Smith v. Cromer*, 159 F.3d at 878.)[1]

The proper procedure for a state court litigant seeking documents or testimony from a non-party federal agency or employee is to request production directly from the agency pursuant to its *Touhy* regulations. If the request is denied, the next step is to bring a federal court action under the Administrative Procedures Act (5 U.S.C.A. § 701 *et seq.*) seeking review of the denial. *Pollock v. The Barbarosa Group*, *supra* at 414.

           Respectfully submitted,

           RAYMOND P. MOORE
           Federal Public Defender


           s/ Warren R. Williamson
           Warren R. Williamson
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Rick_Williamson@fd.org
           Attorney for Defendant

---

[1] Nor does the federal court have jurisdiction to compel or direct the defendants in the state cases to comply with the FBI's "Touhy" regulations, or to decide if they have, in fact, done so. *Pollock v. The Barbosa Group*, 478 F.Supp.2d 410, 414 (W.D.N.Y. 2007).

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2010, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cynthia Ann McKedy
Email:  mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Eric S. Anaya
Email:  anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Email:  patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Shimon Kohn
Email: skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Amy L. Padden
Email: amy.padden@udogj.gov
*Attorney for Plaintiff*

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Charlotte Ankeny
Public Defender's Office - Colorado Springs
415 South Sahwatch
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorney for Defendant Frankie Salazar*

Mark B. Mensher
Victoria Lynn Ringler
19 North Tejon, #40
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Defendant Jose Salazar*

3

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 E. Vermijo Ave., #500
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Plaintiff*

Mr. Robert Rodarte
(Via U.S. Mail)

                                        s/ Warren R. Williamson
                                        Warren R. Williamson
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Rick_Williamson@fd.org
                                        Attorney for Defendant