UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

       Plaintiff,

v.

ROBERT RODARTE, et al.

       Defendants

## MOTION TO WITHDRAW

Counsel hereby moves this Court for an Order allowing her to withdraw from representation of Mr. Frankie Salazar in this matter as counsel is not admitted to practice in this court. In support of this motion, counsel states as follows:

1. Mr. Frankie Salazar is currently represented by Deputy State Public Defender Patricia Behan.

2. Mr. Frankie Salazar has also requested that an attorney with federal experience be appointed to assist him in this matter.

3. Counsel will continue to represent Mr. Salazar in state court. [El Paso County Case No. 09CR0748].

Based on these factors, counsel respectfully asks this Court to withdraw from representation of Frankie Salazar.

Respectfully submitted this 6th day of January, 2010.

Charlotte A. Ankeny (Colorado Reg, 37861)
Deputy State Public Defender
415 South Sahwatch
Colorado Springs, CO 80903
(719) 475-1235