IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:09 cv 02912 PAB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,

    Defendant.

_____

**NOTICE OF POSSIBLE CONFLICT OF INTEREST**
_____

    The Office of the Federal Public Defender, and Assistant Federal Public Defender Warren R. Williamson, appointed counsel for Robert Rodarte, hereby advises that there may well be a conflict of interest with the case of another client if they continue to represent Mr. Rodarte.

    Counsel has discussed this with Mr. Rodarte and explained he may need to move to be relieved and, with counsel's assistance, to seek appointment of an attorney from the CJA Panel.

    The conflict came to counsel's attention when he was re-reading the Hon. Gregory R. Werner's December 8, 2009, Order Denying Motion for Reconsideration and Granting Stay. (This Order is attached as Exhibit D to the government's Notice of Removal filed December 11, 2009. Doc. 1).

    The closing sentence of the first paragraph of the Order, page 1, says, "The case against Richard Drydell is not a subject of this Order as his case was previously removed to federal court."

It turns out the Office of the Federal Public Defender represents Mr. Dydell in 09-cr-00356-REB, a felon in possession of firearm case.  Assistant Federal Public Defender Virginia L. Grady entered her appearance in that matter on September 18, 2009.  A change of plea is scheduled for January 21, 2010.

Discovery in Mr. Dydell's case, including the affidavit in support of the search warrant that led to the seizure of the firearm that is alleged in Mr. Dydell's indictment, refers to Mr. Rodarte several times.  In order to effectively present Mr. Dydell's case for sentencing, it is possible that this Office, *i.e.,* Ms. Grady,  will have to take positions that are contrary to the best interests of Mr. Rodarte, and thus violate the Office's duty of loyalty to him.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Warren R. Williamson
Warren R. Williamson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Rick_Williamson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2010, I electronically filed the foregoing **NOTICE OF POSSIBLE CONFLICT OF INTEREST** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Cynthia Ann McKedy
    Email:  mckedy@springscriminallaw.com
    *Attorney for Defendant Robert Rodarte*

    Eric S. Anaya
    Email:  anaya@springscriminallaw.com
    *Attorney for Defendant Robert Rodarte*

    Patricia S. Behan
    Email:  patricia.behan@coloradodefenders.us
    *Attorney for Defendant Frankie Salazar*

    Shimon Kohn
    Email:  skohn@kohndefense.com
    *Attorney for Defendant James Cisneros*

    Amy L. Padden
    Email:  amy.padden@udogj.gov
    *Attorney for Plaintiff*

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Charlotte Ankeny
    Public Defender's Office - Colorado Springs
    415 South Sahwatch
    Colorado Springs, CO 80903
    (Via U.S. Mail)
    *Attorney for Defendant Frankie Salazar*

    Mark B. Mensher
    Victoria Lynn Ringler
    19 North Tejon, #40
    Colorado Springs, CO 80903
    (Via U.S. Mail)
    *Attorneys for Defendant Jose Salazar*

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 E. Vermijo Ave., #500
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Plaintiff*

Mr. Robert Rodarte
(Via U.S. Mail)

                                  s/ Warren R. Williamson
                                  Warren R. Williamson
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Rick_Williamson@fd.org
                                  Attorney for Defendant