IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

**UNOPPOSED MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY TELEPHONE AT STATUS CONFERENCE**

Defendant Jose Salazar, through undersigned counsel, hereby move the Court for leave for counsel for Jose Salazar to appear by telephone at the status conference scheduled for Friday, January 8, 2010, at 3:30 p.m.   In support of this motion, Defendant states as follows:

This matter arises out of a prosecution pending in El Paso County District Court and was removed by the FBI.   The Court previously held a Status Conference on December 18, 2009. The Court has set a further status conference for January 8, 2010, at 3:30 p.m.

Because this matter is pending in El Paso County, all of the counsel are located there. Counsel for the State of Colorado, Robert Rodarte, Frankie Salazar, and James Cisneros have informed counsel for the FBI that they intend to appear in person at the status conference. However, counsel for Jose Salazar would like to appear by telephone with the Court's permission.

Pursuant to Local Rule 7.1A, counsel conferred Amy L. Padden regarding this motion,

who does not oppose this request.

Pursuant to Local Rule 7.1F, a proposed order is attached.

For the reasons set forth above, Jose Salazar respectfully request that this motion be granted, and that counsel for Jose Salazar be permitted to appear by phone at the Status Conference.

DATED this 8th day of January, 2010.

Respectfully submitted,

/s/ Victoria Ringler
Mark Menscher
Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903
(719) 227-1882
Fax (719) 227-1805

Counsel for Jose Salazar

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to the following:

Counsel for Plaintiff:

Terry Sample and Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Defendants:

*For James Cisneros*:
Shimon Kohn
2 N. Cascade Avenue, Suite 550
Colorado Springs, CO 80903
and
Rick Williamson
Rick_Williamson@fd.org

*For Robert Rodarte*:
Cynthia McKedy
Anaya, Foley & McKedy, P.C.
615 S. Weber Street
Colorado Springs, CO 80903

*For Frankie Salazar:*
Patricia Behan and Charlotte Ankeny
Colorado State Public Defender
415 S. Sahwatch
Colorado Springs, CO 80903

*For Jose Salazar:*
Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

                                                            s/ Amy L. Padden
                                                            Amy L. Padden