IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

---

**ORDER GRANTING MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY TELEPHONE AT STATUS CONFERENCE**

---

The Court, having considered the Motion for Leave for Counsel for Jose Salazar to Appear by Telephone at Status Conference and being fully advised in the matter, finds that good cause exists for granting the motion.   Accordingly, the motion is hereby GRANTED.   Defense counsel may appear by telephone at the Status Conference set for January 8, 2010.

DATED: January ___, 2010.

_____
United States District Judge