**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: January 8, 2010
Court Reporter: Kara Spitler                 Time: 18 minutes

---

**CASE NO. 09-cv-02912-PAB**

<u>Parties</u>                                 <u>Counsel</u>

**PEOPLE OF THE STATE OF
COLORADO,**

          Plaintiff (s),

vs.

**ROBERT RODARTE,**                           Warren Williamson
**FRANKIE SALAZAR,**                          Patricia Behan
**JOSE SALAZAR,**                             Victoria Ringler
**JAMES CISNEROS,**

          Defendant (s),
and

**ROBERT GOFFI, Special Agent of the**        Amy Padden
**FBI,**

          Interested Party,

---

**STATUS CONFERENCE**

---

**3:36 p.m.     COURT IN SESSION**

Page Two
09-cv-02912-PAB
January 8, 2010

APPEARANCES OF COUNSEL.  Ms. Ringler appears by telephone.  Defendants' appearances have been waived.

Court advised that the defendants have requested court appointed counsel for these proceedings and those requests have been granted but counsel has not been appointed yet except for Mr. Williamson who has been appointed to represent Robert Rodarte.

**ORDERED:**  Motion to Withdraw as to defendant Frankie Salazar (Doc #35), filed 1/6/10 is **GRANTED.**

Court addresses Mr. Williamson's Notice of Possible Conflict of Interest as to defendant Robert Rodarte (Doc #37), filed 1/7/10.

Ms. Padden updates the Court as to the status of her request for the state court records, indicating that they have been requested and hopefully the pre-pay issue will be resolved next week and receipt of the documents shortly thereafter.

**ORDERED:**  Robert Goffi shall file any motions that are appropriated concerning the issue of removal by **January 15, 2010.**

**ORDERED:**  Further status conference set for **January 21, 2010 at 1:00 p.m.**

**3:54 p.m.  COURT IN RECESS**

**Total in court time:        18 minutes**

**Hearing concluded**