| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br>**Plaintiff:** The People of the State of Colorado<br>**Defendant:** JAMES CISNEROS<br>**Attorney for Defendant:**<br>Shimon Kohn<br>SHIMON KOHN, P.C.<br>2 North Cascade Avenue Suite 550<br>Colorado Springs, CO 80903<br>(719) 328-9555<br>(719) 447-1512 fax<br>Att. Reg. #31710 | ▲COURT USE ONLY▲<br>Case Number: 08CR768<br>Division 15 |

## SUBPOENA DUCES TECUM

The People of the State of Colorado:

**TO:** SPECIAL AGENT ROBERT GOFFI
And/or Custodian of Records
United States Department of Justice
Federal Bureau of Investigation
1961 Stout Street, Room 1823
Denver, Colorado 80294

You are ordered to attend and produce the following documents in Division 15 of the District Court, El Paso County, 270 South Tejon, Colorado Springs, Colorado at 9 a.m. on the 23rd day of July, 2009

Entire confidential informant (CI) file for Robert Rodarte, DOB 3/12/1965. This subpoena requires that above named agent or agency provide any and all reports involving Mr. Rodarte's participation and/or involvement in any investigation either as a suspect or as a confidential informant, to include any compensation or consideration received by Mr. Rodarte.

Any and all information in the possession of the FBI regarding confidential informant DN-5797.

Any and all audio recordings made during the course of the investigation FBI case number 281D-DN-66929, to include all audio recordings between any federal or state agent and Robert Rodarte. Audio tapes are not to be modified, redacted, or altered in any way.

Any and all reports for FBI case number 281D-DN-66929, including any and all internal agency (FBI) memos and notes of any internal meetings.

Any and all Colorado Department of Corrections recorded incoming or outgoing phone calls that involve or relate in any way to FBI case number 281D-DN-66929.

Rough draft of transcript from DVD from hotel room meeting that took place on 2/14/2009.

Provide identification information (manufacturer and model) for any surveillance equipment used by agents in the adjoining hotel room to monitor the activity in Mr. Rodarte's room.

DATED this 29th day of June, 2009.

SHIMON KOHN, P.C.

By: _____
Shimon Kohn, P.C. #31710

# SHIMON KOHN, P.C.
## ATTORNEY AT LAW

2 NORTH CASCADE AVENUE, SUITE 550
COLORADO SPRINGS, COLORADO, 80903
PHONE 719-328-9555    FAX 719-447-1512

June 30, 2009

Special Agent Bob Goffi
And/or custodian of records
United States Department of Justice
Federal Bureau of Investigation
1961 Stout Street, Room 1823
Denver, CO 80294

RE: Subpoena Duces Tecum in FBI case # 281D-DN-66929

SENT BY FAX TO 303-575-7184

Dear Mr. Goffi:

I represent Mr. James Cisneros in El Paso County criminal case number 09CR768. The evidence against Mr. Cisneros is based entirely on a Department of Justice investigation. After reviewing all of the documents, videos, and audio CDs released in discovery, it is necessary for me to seek further exculpatory evidence. Following please find a Subpoena Duces Tecum (SDT) (subpoena for the production of evidence). All of the items demanded in the SDT are necessary to competently and effectively represent Mr. Cisneros.

Mr. Rodarte's confidential informant (CI) file is necessary to understand the scope and origin of his work with the Department of Justice. As Mr. Rodarte actually discharged the firearm, for which my client is now charged with attempted murder, we require all documentation regarding his work for the DOJ in this case as well as all other cases.

The SDT also requires that all audio and video recordings be provided. It is essential that the defense have copies of all recorded meetings and conversations. This includes all recorded conversations between Mr. Rodarte and any state or federal agents, between Mr. Rodarte and Colorado Department of Corrections (DOC) inmates, and between Mr. Cisneros and any DOC inmates.

After reviewing all of the discovery that has been released to the defense, it is clear that some reports are missing. The defense requires all handwritten reports, typed reports, transcribed reports, CD-ROM recordings, digital recordings, taped recordings and DVD recordings. In order to avoid any confusion over which reports have – or have not – been released, the defense requires in this subpoena that the DOJ provide full discovery to the defense. This includes all internal memos and notes drafted in the course of this investigation and prosecution of this case.

CRIMINAL LAW

**SHIMON KOHN, P.C.**
ATTORNEY AT LAW

JUNE 30, 2009
PAGE 2 OF 2

Finally, the SDT requires the DOJ provide the rough draft of the DVD recorded on February 14, 2009. This transcript contains exculpatory information.

Please feel free to call or write if you have any questions.

Very truly yours,

Shimon Kohn
Attorney for James Cisneros

CRIMINAL LAW