☐ Small Claims   ☐ County Court   ☒ District Court
☐ Probate Court  ☐ Juvenile Court  ☐ Water Court
El Paso County, State of Colorado
Court Address:        270 South Tejon
P.O. Box 298Colorado Springs CO 80903-2203

STATE OF COLORADO,        PLAINTIFF,

vs.

ROBERT RAY RODARTE        DEFENDANT.

Attorney
CYNTHIA MCKEDY
ANAYA, FOLEY & McKEDY, P.C.
615 South Weber Street
COLORADO SPRINGS, CO  80903
Phone Number:   (719)227-0007
FAX Number:     (719)473-7148
Atty. Reg. #:  27409

▲  COURT USE ONLY  ▲

Case Numbers:
09CR753

Div.: 15  Ctrm:

## SUBPOENA FOR PRODUCTION OF TANGIBLE EVIDENCE

**WITNESS NAME AND ADDRESS:**

Robert Goffi
FBI Chief Division Counsel
1961 Stout Street, Room 1823
Denver, CO 80294

**DATE/TIME TO PRODUCE DOCUMENTS:**

September 9, 2009 at 1:30pm

**PLACE TO PRODUCE DOCUMENTS:**

DIVISION 15
Judge Werner
El Paso County District Court
270 S. Tejon Street
Colorado Springs, CO 80903

**DOCUMENTS/ITEMS TO BE PRODUCED:**

The FBI confidential informant
File for Robert Rodarte, including all
transactions prior to February 14,
2009. Information should
specifically include all prior
transactions where any type of
recording device was worn or
utilized by Mr. Rodarte.
This information should include any
and all transactions involving Mr.
Rodarte in which contemporaneous
recordings were obtained by the FBI.

EXHIBIT 6

BY THE AUTHORITY OF THE COURT, YOU, THE WITNESS NAMED ABOVE, ARE COMMANDED TO PRODUCE THE DOCUMENTS and/or ITEMS DESIGNATED ABOVE BY CRIM. P. 17.

UNEXCUSED FAILURE OT OBEY THIS SUBPOENA MAY SUBJECT YOU TO ARREST/AND OR PENALTY FOR CONTEMPT OF COURT.

Cynthia McKedy, 27409

EXHIBIT 6

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was sent, via U.S. Mail, postage prepaid, this ___25th___ day of August, 2009, and addressed to the following:

DDA Terry Sample, DDA Jennifer Viehman
105 E. Vermijo
Colorado Springs, CO 80903

Amy Padden
Asst. U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202

EXHIBIT 6

| ☐ Small Claims   ☐ County Court   ☒ District Court | |
| --- | --- |
| ☐ Probate Court   ☐ Juvenile Court   ☐ Water Court | |

El Paso County, State of Colorado
Court Address:        270 South Tejon
P.O. Box 298Colorado Springs CO 80903-2203

STATE OF COLORADO,          PLAINTIFF,

                    vs.

ROBERT RAY RODARTE          DEFENDANT.

Attorney
CYNTHIA MCKEDY
ANAYA, FOLEY & McKEDY, P.C.
615 South Weber Street
COLORADO SPRINGS, CO  80903
Phone Number:   (719)227-0007
FAX Number:      (719)473-7148
Atty. Reg. #:  27409

▲   COURT USE ONLY   ▲

Case Numbers:
09CR753

Div.: 15  Ctrm:

## SUBPOENA FOR PRODUCTION OF TANGIBLE EVIDENCE

**WITNESS NAME AND ADDRESS:**

Robert Goffi
FBI Chief Division Counsel
1961 Stout Street, Room 1823
Denver, CO 80294

**DATE/TIME TO PRODUCE DOCUMENTS:**

September 9, 2009 at 1:30pm

**PLACE TO PRODUCE DOCUMENTS:**

DIVISION 15
Judge Werner
El Paso County District Court
270 S. Tejon Street
Colorado Springs, CO 80903

**DOCUMENTS/ITEMS TO BE PRODUCED:**

The actual recording device worn by
Robert Rodarte on February 14, 2009
and all documentation pertaining to
the operation of the recording device,
to include recording parameters and
operating instructions.

EXHIBIT 6

BY THE AUTHORITY OF THE COURT, YOU, THE WITNESS NAMED ABOVE, ARE
COMMANDED TO PRODUCE THE DOCUMENTS and/or ITEMS DESIGNATED ABOVE
BY CRIM. P. 17.

UNEXCUSED FAILURE TO OBEY THIS SUBPOENA MAY SUBJECT YOU TO
ARREST/AND OR PENALTY FOR CONTEMPT OF COURT.

Cynthia McKedy, 27409

EXHIBIT 6

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was sent, via
U.S. Mail. postage prepaid. this_____25th_____day of August. 2009, and addressed to the following:


DDA Terry Sample, DDA Jennifer Viehman
105 E. Vermijo
Colorado Springs, CO 80903

Amy Padden
Asst. U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver. CO 80202

EXHIBIT 6

| ☐ Small Claims ☐ County Court ☒ District Court | |
| ☐ Probate Court ☐ Juvenile Court ☐ Water Court | |

El Paso County, State of Colorado
Court Address:        270 South Tejon
P.O. Box 298Colorado Springs CO 80903-2203

---

STATE OF COLORADO,          PLAINTIFF,

vs.

ROBERT RAY RODARTE        DEFENDANT.

Attorney
CYNTHIA MCKEDY
ANAYA, FOLEY & McKEDY, P.C.
615 South Weber Street
COLORADO SPRINGS, CO  80903
Phone Number:   (719)227-0007
FAX Number:     (719)473-7148
Atty. Reg. #:  27409

▲  COURT USE ONLY  ▲

Case Numbers:
09CR753

Div.: 15  Ctrm:

## SUBPOENA FOR PRODUCTION OF TANGIBLE EVIDENCE

**WITNESS NAME AND ADDRESS:**

Robert Goffi
FBI Chief Division Counsel
1961 Stout Street, Room 1823
Denver, CO 80294

**DATE/TIME TO PRODUCE DOCUMENTS:**

September 9, 2009 at 1:30pm

**PLACE TO PRODUCE DOCUMENTS:**

DIVISION 15
Judge Werner
El Paso County District Court
270 S. Tejon Street
Colorado Springs, CO 80903

**DOCUMENTS/ITEMS TO BE PRODUCED:**

Cell phone numbers and provider
information for the cell phones used
by the undercover officers on
February 14, 2009 to communicate
with Robert Rodarte during the
undercover operation.

BY THE AUTHORITY OF THE COURT, YOU, THE WITNESS NAMED ABOVE, ARE
COMMANDED TO PRODUCE THE DOCUMENTS and/or ITEMS DESIGNATED ABOVE
BY CRIM. P. 17.

EXHIBIT 6

UNEXCUSED FAILURE OT OBEY THIS SUBPOENA MAY SUBJECT YOU TO ARREST/AND OR PENALTY FOR CONTEMPT OF COURT.

Cynthia McKedy, 27409

EXHIBIT 6

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was sent, via U.S. Mail, postage prepaid, this _____ 25th _____ day of August, 2009, and addressed to the following:


DDA Terry Sample, DDA Jennifer Viehman
105 E. Vermijo
Colorado Springs, CO 80903

Amy Padden
Asst. U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202


EXHIBIT 6