| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br>**Plaintiff:** The People of the State of Colorado<br>**Defendant:** JAMES CISNEROS<br>Attorney for Defendant:<br>Shimon Kohn<br>SHIMON KOHN, P.C.<br>2 North Cascade Avenue Suite 550<br>Colorado Springs, CO 80903<br>(719) 328-9555<br>(719) 447-1512 fax<br>Att. Reg. #31710 | ▲COURT USE ONLY▲<br>Case Number: 08CR768<br>Division 15 |

## SUBPOENA DUCES TECUM

The People of the State of Colorado:

**TO:** SPECIAL AGENT ROBERT GOFFI
And/or Custodian of Records
United States Department of Justice
Federal Bureau of Investigation
1961 Stout Street, Room 1823
Denver, Colorado 80294

You are ordered to attend and produce the following documents in Division 15 of the District Court, El Paso County, 270 South Tejon, Colorado Springs, Colorado on the 9th day of September, 2009, at 1:30pm:

1) Entire document, manual or publication titled the Attorney General's Guidelines Regarding the Use of Confidential Informants (Confidential Informant Guidelines).

2) Entire Confidential Human Source Policy Manual (CHSPM).

3) Complete, unedited and unredacted copies of the Initial Suitability Report and Recommendations (ISR&R) for confidential informant (CI) Robert Rodarte including all Suitability Reviews, all Continuing Suitability Reports and Recommendation (CSR&R), and all documentation regarding Rodarte's Suitability Inquiry Status. This request is pursuant to and consistent with all documentation required by the FBI's CI Guidelines § II.A.1, § II.B and § II.A.2.

4) Any and all written admonitions provided to Rodarte consistent with and pursuant to FBI CI Guidelines § II.C.1.

EXHIBIT 7

5)   Any and all documentation of instructions provided to Rodarte consistent with FBI CI Guidelines § III.C.4.

6)   Any and all reports submitted by FBI's originating field office (Denver or Colorado Springs) to the FBI's Human Intelligence Unit regarding unauthorized illegal activity by Robert Rodarte.

7)   Entire employee files of SA Joseph Hunt IV and TRO Matthew Richardson.

8)   Entire confidential informant (CI) file for Robert Rodarte, DOB 3/12/1965. This subpoena requires that above named agent or agency provide any and all reports involving Mr. Rodarte's participation and/or involvement in any investigation either as a suspect or as a confidential informant.

9)   Any and all documentation (receipts, internal memos, funds requests, canceled checks) for any payments made to, on the behalf of, or for the benefit of Robert Rodarte and/or FBI case number 281D-DN-66929.

10)  Names and contact information for any typist or transcriptionist that transcribed any video or audio recording in FBI case number 281D-DN-66929.

11)  Documentation of any "statistical accomplishments" credited to Robert Rodarte. (FD-209).

DATED this 27th day of July, 2009.

SHIMON KOHN, P.C.

By: _____
    Shimon Kohn, P.C. #31710

AUG-27-2009 16:37  FIG  P.002
08/27/2009 12:24  1715  3907  ARCTIC SLOPE W...D  PAGE 02/04

# SHIMON KOHN, P.C.
## ATTORNEY AT LAW

2 NORTH CASCADE AVENUE, SUITE 550
COLORADO SPRINGS, COLORADO, 80903
PHONE 719-329-9565 · FAX 719-447-1512

August 27, 2009

Special Agent Bob Goffi
And/or custodian of records
United States Department of Justice
Federal Bureau of Investigation
1961 Stout Street, Room 1823
Denver, CO  80294

*Work copy*

RE: Subpoena Duces Tecum in FBI case # 281D-DN-66929

SENT BY FAX TO 303-575-7185

Dear Mr. Goffi,

I represent Mr. James Cisneros in El Paso County criminal case number 09CR768. The evidence against Mr. Cisneros is based entirely on a Department of Justice investigation. After reviewing all of the documents, videos, audio CDs released in discovery and documentation released pursuant to the previous subpoena duces tecum, I'm requesting further discovery from your office. All of the items demanded in the SDT are necessary to competently and effectively represent Mr. Cisneros.

Please feel free to call or write if you have any questions.

Very truly yours,

Shimon Kohn
Attorney for James Cisneros

CRIMINAL LAW

EXHIBIT 7