**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:09-cv-002912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR and
JAMES CISNEROS

      Defendants.

## NOTICE OF APPEARANCE FOR DEFENDANT FRANKIE SALAZAR

      **COMES NOW** Steven K. Jacobson, a member of the bar of this Court, and hereby enters an appearance as counsel for Frankie Salazar in the above captioned case.

      Respectfully submitted,

      s/ Steven K. Jacobson
      Steven K. Jacobson
      1881 9th St., Suite 315
      Boulder, Colorado  80302
      Telephone:  303-444-9292
      Fax:  303-447-0200
      e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 19, 2010, I electronically filed the foregoing  **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following e-mail addresses:

Amy L. Padden
amy.padden@usdoj.gov
*Attorney for Plaintiff*

Shimon Kohn
skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Rick B. Levinson
whale@kauflev.com
*Attorney for Defendant James Cisneros*

Eric S. Anaya
anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Cynthia Ann McKedy
mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Warren Richard Williamson
Rick_Williamson@fd.org
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
patricia.behan@coloradodefenders.us
*Attorney for Frankie Salazar*

I hereby certify that I have mailed via U.S. Mail the foregoing to the following non CM/ECF participants:

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office-4th Judicial
105 East Vermijo Avenue
#500
Colorado Springs, CO 80903

Mark B. Menscher
Victoria Lynn Ringler
Mark Menscher, PC
19 North Tejon , #40
Colorado Springs, CO 80903
*Attorneys for Defendant Jose Salazar*

Mr. Frankie Salazar

                                        s/ Steven K. Jacobson
                                        Steven K. Jacobson