UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-002912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

       Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR and
JAMES CISNEROS

       Defendants

### NOTICE OF APPEARANCE FOR DEFENDANT JAMES CISNEROS

Rick B. Levinson of KAUFMAN & LEVINSON, LLC, hereby enters his appearance as counsel for the Defendant James Cisneros.

Respectfully submitted this 20th day of January 2010.

/s/Rick Levinson
RICK LEVINSON
Colorado Reg. 23047
Kaufman & Levinson, LLC
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
Phone:  (719) 447-1511
Fax:  719-447-1512
e-mail:  whale@kauflev.com

*Attorney for the Defendant James Cisneros*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 20, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT JAMES CISNEROS** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following email addresses:

1

Amy L. Padden
Amy.padden@usdoj.gov
*Attorney for Plaintiff*

Shimon Kohn
skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Eric S. Anaya
anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Cynthia Ann McKedy
mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Warren Richard Williamson
Rick_Williamson@fd.org
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Steven K. Jacobson
steve@collinsrafik.com
*Attorney for Defendant Frankie Salazar*

I hereby certify that I have mailed via U.S. mail the foregoing to the following non CM/ECF participants:

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office – 4th Judicial
105 East Vermijo Avenue, #500
Colorado Springs, CO  80903

Mark B. Menscher
Victoria Lynn Ringler
Mark Menscher, PC
19 North Tejon Street, #40
Colorado Springs, CO  80903
*Attorneys for Defendant Jose Salazar*

/s/ Susie Lang
SUSIE LANG

2