IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

## NOTICE OF FILING STATE COURT PLEADINGS, MOTIONS AND PAPERS

Interested party Robert Goffi, Special Agent of the Federal Bureau of Investigation, by the undersigned Assistant United States Attorney, pursuant to D.C.COLO.LCivR 81.1 and as ordered by the Court, hereby files copies of the filed pleadings, motions, and other papers that are relevant to the removed issue in this case, that have been obtained from the Clerk's Office for the District Court of El Paso County.

Undersigned counsel has received all requested papers from the Frankie Salazar and Jose Salazar cases.  For the Robert Rodarte and James Cisneros cases, the El Paso County Clerk's Office only sent documents that were listed on the first page of letter from the U.S. Attorney's Office requesting copies, and did not send copies of the documents that were listed on the second page of the letter.  Undersigned counsel is in the process to obtain the remaining documents that were listed on the second page of the letter and will file a complete copy of all the documents in those two cases once those additional copies are received.

Attached as exhibits to this Notice are the following documents filed in state court

from *People v. Frankie Salazar*:

| Exhibit | Document | Date filed |
|---|---|---|
| 1 | Minute Order | November 24, 2009 |
| 2 | Motion for Reconsideration and to Stay | December 2, 2009 |
| 3 | Order Denying Motion for Reconsideration and Granting Stay | December 8, 2009 |

Attached as exhibits to this Notice are the following documents filed in state court from *People v. Jose Salazar*:

| Exhibit | Document | Date filed |
|---|---|---|
| 4 | Minute Order | November 24, 2009 |
| 5 | Motion for Reconsideration and to Stay | December 2, 2009 |
| 6 | Order Denying Motion for Reconsideration and Granting Stay | December 8, 2009 |

DATED this 20th day of January, 2010.

Respectfully submitted,

DAVID GAOUETTE
United States Attorney


*s/ Amy L. Padden*
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
amy.padden@usdoj.gov

Attorneys for the FBI

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Counsel for Defendants:

*For James Cisneros*:

Shimon Kohn
skohn@kohndefense.com

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

Eric S. Anaya
anaya@springscriminallaw.com

Cynthia Ann McKedy
mckedy@springscriminallaw.com

*For Frankie Salazar:*

Patricia Behan
patricia.behan@coloradodefenders.us

Steven K. Jacobson
steve@collinsrafik.com

and I served the foregoing on January 20, 2010, by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Plaintiff:

Terry Sample
Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Jose Salazar:

Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

                s/ Amy L. Padden
                Amy L. Padden
                Office of the United States Attorney