Exhibit 1

```
                                                                RID:D0212009CR000748-000058

                                   Print Minute Orders      1/14/10        3:11 PM
Status:   RSTD        MROG             District Court, El Paso County
Case #:   2009 CR 000748     Div/Room:  15      Type: Homicide
                The People of Colorado vs SALAZAR, FRANKIE ORLANDO
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 11/24/2009 | Minute Order (print) |

JUDGE: GRW          CLERK:              REPORTER:
WERNER/CELSKI
DEF PWC BEHN AND ANKENY; PEOPLE PBC VIEHMAN; CT ENTERS ORDER INDICATING FBI
FILES PREVIOUSLY REDACTED WILL BE RELEASED BY NOON ON 12/7/09 UNLESS PEOPLE
PURSUE AN APPEAL; IF NO APPEAL TAKEN, RECORDS WILL BE RELEASED WITH A
PROTECTIVE ORDER                                                        /GRW