Exhibit 4

```
                                                        RID:D0212009CR000818-000037
                           Print Minute Orders      1/14/10        3:23 PM
Status:   RSTD       MROG           District Court, El Paso County
Case #:   2009 CR 000818    Div/Room:  15     Type: Homicide
              The People of Colorado vs SALAZAR, JOSE LORENZO
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 11/24/2009 | Minute Order (print) |

JUDGE: GRW        CLERK:            REPORTER:
WERNER/CELSKI
DEF PWC RINGLER; PEOPLE PBC VIEHMAN; CT ENTERS ORDER INDICATING FBI  FILES
PREVIOUSLY REDACTED WILL BE RELEASED BY NOON ON 12/7/09 UNLESS PEOPLE
PURSUE AN APPEAL; IF NO APPEAL TAKEN, RECORDS WILL BE RELEASED WITH A
PROTECTIVE ORDER                                                    /GRW