IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

---

## SUPPLEMENTAL NOTICE PURSUANT LOCAL RULE 81.1

---

Interested party Robert Goffi, Special Agent of the Federal Bureau of Investigation, by the undersigned Assistant United States Attorney, and pursuant to D.C.COLO.LCivR 81.1, files this supplemental notice regarding scheduled proceedings in state court.  The case of *People v. Rodarte*, No. 09CR0753, has been set for a jury trial to commence on June 14, 2010.

DATED this 20th day of January, 2010.

Respectfully submitted,

DAVID GAOUETTE
United States Attorney

*s/ Amy L. Padden*
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
amy.padden@usdoj.gov

Attorneys for the FBI

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Counsel for Defendants:

*For James Cisneros*:

Shimon Kohn
skohn@kohndefense.com

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

Eric S. Anaya
anaya@springscriminallaw.com

Cynthia Ann McKedy
mckedy@springscriminallaw.com

*For Frankie Salazar:*

Patricia Behan
patricia.behan@coloradodefenders.us

Steven K. Jacobson
steve@collinsrafik.com

and I served the foregoing on January 20, 2010, by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Plaintiff:

Terry Sample
Jennifer Viehman
El Paso District Attorney's Office
105 E. Vermigo
Colorado Springs, CO 80903

Counsel for Jose Salazar:

Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

s/ Amy L. Padden
Amy L. Padden
Office of the United States Attorney