# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: January 21, 2010
Time: 12 minutes

---

**CASE NO.  09-cv-02912-PAB**

<u>Parties</u>

<u>Counsel</u>

**PEOPLE OF THE STATE OF
COLORADO,**

Plaintiff (s),

vs.

**ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR,
JAMES CISNEROS,**

Warren Williamson
Steven Jacobson
Victoria Ringler
Rick Levenson

Defendant (s),

and

**ROBERT GOFFI, Special Agent of the
FBI,**

Amy Padden

Interested Party,

---

## STATUS CONFERENCE

---

**1:01 p.m.    COURT IN SESSION**

Page Two
09-cv-02912-PAB
January 21, 2010

APPEARANCES OF COUNSEL.  Ms. Ringler appears by telephone.  Defendants' appearances have been waived.

Ms. Ringler advises that Jose Salazar has received court appointed counsel in the state case, that she has the motion prepared requesting court appointed in this case.

Mr. Williamson inquires if she has the appropriate CJA23 form that needs to accompany her motion in this Court.  Ms. Ringler indicates that she does not have that form.

Mr. Williamson advises that he will fax the form to her and after it is completed and returned to him, he will present it before the duty Magistrate Judge.

Discussion regarding the defendants' desire to attend further proceedings in this Court.

**ORDERED:**  Counsel shall confer with their clients and advise the Court accordingly.

**ORDERED:**  Counsel shall confer to make sure the state court record is complete with all pleadings all counsel intend to cite.

**ORDERED:**  Upon notification that all defendants have court appointed counsel the Court will set a briefing schedule regarding Robert Goffi's Motion to Vacate, To Quash, and For a Protective Order (Doc #41), filed 1/15/10.

**1:13 p.m.  COURT IN RECESS**

**Total in court time:          12 minutes**

**Hearing concluded**