UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE, et al.

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2010

GREGORY C. LANGHAM
CLERK

## MOTION TO WITHDRAW

Counsel hereby moves this Court for an Order allowing her to withdraw from representation of The State of Colorado in this matter as counsel is not admitted to practice in this court. In support of this motion, counsel states as follows:

1. The State of Colorado does not have an interest in the outcome of the proceedings currently before this Court.

2. Any governmental interests are addressed by the United States Attorney Amy Padden.

Based on these factors, counsel respectfully asks this Court to withdraw from representation of The State of Colorado.

Respectfully submitted this 22nd day of January, 2010.

_____
Terry Sample (Colorado Reg. 33919)
Deputy District Attorney
105 E. Vermijo
Colorado Springs, CO 80903
(719) 520-6000