IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,

    Defendant.

_____

**NOTICE OF WAIVER OF DEFENDANT'S PRESENCE**
_____

    The defendant, Robert Rodarte, waives his presence for any upcoming hearings scheduled in the above-captioned matter.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender


    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_Williamson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2010, I electronically filed the foregoing **NOTICE OF WAIVER OF DEFENDANT'S PRESENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cynthia Ann McKedy
Email:  mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Eric S. Anaya
Email:  anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Email:  patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Steven K. Jacobson
Email: steve@collinsrafik.com
*Attorney for Defendant Frankie Salazar*

Shimon Kohn
Email: skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Amy L. Padden
Email: amy.padden@udogj.gov
*Attorney for Plaintiff*

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mark B. Mensher
Victoria Lynn Ringler
19 North Tejon, #40
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Defendant Jose Salazar*

2

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office
105 E. Vermijo Ave., #500
Colorado Springs, CO 80903
(Via U.S. Mail)
*Attorneys for Plaintiff*

Mr. Robert Rodarte
(Via U.S. Mail)

                                           s/ Warren R. Williamson
                                           Warren R. Williamson
                                           Assistant Federal Public Defender
                                           633 17th Street, Suite 1000
                                           Denver, CO  80202
                                           Telephone:  (303) 294-7002
                                           FAX:  (303) 294-1192
                                           Rick_Williamson@fd.org
                                           Attorney for Defendant Robert Rodarte