UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-002912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR and
JAMES CISNEROS

      Defendants

## REQUEST FOR EXTENSION OF TIME TO INFORM THE COURT OF MR. CISNEROS' DECISION REGARDING PRESENCE AT HEARINGS

Defendant James Cisneros, by and through his undersigned attorney, hereby requests this Honorable Court to allow him to respond to the Court's request for notice of Mr. Cisneros' decision regarding whether or not he wishes to be present at hearings in this matter and as grounds therefore would state:

1. Undersigned counsel had made arrangements to visit Mr. Cisneros on Thursday, January 28, 2010 in Fremont County where Mr. Cisneros is currently incarcerated.

2. Undersigned counsel was unable to make the appointment date and time due to the fact that he was involved in a preliminary hearing in State Court that did not conclude until early afternoon.

3. It has come to the attention of undersigned counsel that Mr. Cisneros will be transported by writ of habeas corpus to the El Paso County Jail in Colorado Springs, Colorado, where undersigned counsel's office is located, sometime during the week of February 4, 2010.

1

4. Once Mr. Cisneros reaches the El Paso County Jail, undersigned counsel will immediately visit with Mr. Cisneros and obtain a response regarding his decision as to whether or not he wishes to attend the Federal Court proceedings.

5. Deferring this matter for one week will be an effective use of scarce funds since it takes much less time to visit the El Paso County Jail than it does to travel to Fremont County and visit Mr. Cisneros in the Department of Corrections institution.

WHEREFORE for the aforementioned reasons, undersigned counsel would respectfully request this Honorable Court to allow him to respond regarding Mr. Cisneros' decision on attendance at the Federal Court proceedings up and through the week of February 1, 2010 or no later than close of business February 5, 2010.

Respectfully submitted this 28th day of January 2010.


/s/Rick Levinson
RICK LEVINSON
Colorado Reg. 23047
Kaufman & Levinson, LLC
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
Phone: (719) 447-1511
Fax: 719-447-1512
e-mail: whale@kauflev.com

*Attorney for the Defendant James Cisneros*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2010, I electronically filed the foregoing *Request for Extension of Time to Inform the Court of Mr. Cisneros' Decision Regarding Presence at Hearings* with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following email addresses:

Amy L. Padden
Amy.padden@usdoj.gov
*Attorney for Plaintiff*

Shimon Kohn

skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Eric S. Anaya
anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Cynthia Ann McKedy
mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Warren Richard Williamson
Rick_Williamson@fd.org
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Steven K. Jacobson
steve@collinsrafik.com
*Attorney for Defendant Frankie Salazar*

I hereby certify that I have mailed via U.S. mail the foregoing to the following non CM/ECF participants:

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office – 4th Judicial
105 East Vermijo Avenue, #500
Colorado Springs, CO  80903

Mark B. Menscher
Victoria Lynn Ringler
Mark Menscher, PC
19 North Tejon Street, #40
Colorado Springs, CO  80903
*Attorneys for Defendant Jose Salazar*

/s/ Susie Lang
SUSIE LANG

3