**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:09-cv-002912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR and
JAMES CISNEROS

    Defendants.

**NOTICE OF WAIVER OF DEFENDANT'S PRESENCE**

    The defendant, Frankie Salazar, waives his presence for any upcoming hearings scheduled in the above-captioned matter.

    Respectfully submitted,

    s/ Steven K. Jacobson
    Steven K. Jacobson
    1881 9th St., Suite 315
    Boulder, Colorado  80302
    Telephone:  303-444-9292
    Fax:  303-447-0200
    e-mail:  steve@collinsrafik.com

CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on January 29, 2010, I electronically filed the foregoing  **NOTICE OF WAIVER OF DEFENDANT'S PRESENCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following e-mail addresses:

Amy L. Padden
amy.padden@usdoj.gov
*Attorney for Plaintiff*

Shimon Kohn
skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Rick B. Levinson
whale@kauflev.com
*Attorney for Defendant James Cisneros*

Eric S. Anaya
anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Cynthia Ann McKedy
mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Warren Richard Williamson
Rick_Williamson@fd.org
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
patricia.behan@coloradodefenders.us
*Attorney for Frankie Salazar*

I hereby certify that I have mailed via U.S. Mail the foregoing to the following non CM/ECF participants:

Terry Sample
Jennifer Viehman
El Paso County District Attorney's Office-4th Judicial
105 East Vermijo Avenue
#500
Colorado Springs, CO 80903

Mark B. Menscher
Victoria Lynn Ringler
Mark Menscher, PC
19 North Tejon , #40
Colorado Springs, CO 80903
*Attorneys for Defendant Jose Salazar*

Mr. Frankie Salazar

             s/ Steven K. Jacobson
             Steven K. Jacobson