# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-002912-PAB-KLM

PEOPLE OF THE STATE OF COLORADO,

        Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR and
JAMES CISNEROS

        Defendants

## NOTICE TO COURT

Defendant James Cisneros, by and through his undersigned attorney, files this his notice to the Court notifying the Honorable Judge Brimmer that he does wish to be present at all future hearings in this matter.

In addition, counsel for Mr. Cisneros notifies this Court that Mr. Cisneros is presently pending a parole revocation proceeding in the District Court of Colorado and wishes for that parole revocation proceeding to occur during the time period he is in the jurisdiction of the Court of the removal proceeding.

Respectfully submitted this 5th day of February 2010.

/s/Rick Levinson_____
RICK LEVINSON
Colorado Reg. 23047
Kaufman & Levinson, LLC
2 North Cascade Avenue, Suite 550
Colorado Springs, CO  80903
Phone:  (719) 447-1511
Fax:  719-447-1512
e-mail:  whale@kauflev.com

1

*Attorney for the Defendant James Cisneros*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 5, 2010, I electronically filed the foregoing *Notice to Court* with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following email addresses:

Amy L. Padden
Amy.padden@usdoj.gov
*Attorney for Plaintiff*

Shimon Kohn
skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Eric S. Anaya
anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Cynthia Ann McKedy
mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Warren Richard Williamson
Rick_Williamson@fd.org
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Steven K. Jacobson
steve@collinsrafik.com
*Attorney for Defendant Frankie Salazar*

I hereby certify that I have mailed via U.S. mail the foregoing to the following non CM/ECF participants:

Mark B. Menscher
Victoria Lynn Ringler
Mark Menscher, PC
19 North Tejon Street, #40
Colorado Springs, CO  80903
*Attorneys for Defendant Jose Salazar*

                /s/ Susie Lang
                SUSIE LANG