IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

### NOTICE OF FILING STATE COURT PLEADINGS, MOTIONS AND PAPERS

Interested party Robert Goffi, Special Agent of the Federal Bureau of Investigation, by the undersigned Assistant United States Attorney, pursuant to D.C.COLO.LCivR 81.1 and as ordered by the Court, hereby files copies of the filed pleadings, motions, and other papers from the Clerk's Office for the District Court of El Paso County that are relevant to the removed issue in this case.

The attached papers are from the Robert Rodarte and James Cisneros cases. Papers from the Frankie Salazar and Jose Salazar cases were previously filed with the Court, as exhibits to Docket Number 46.  The papers attached hereto are given exhibit numbers that continue from the last exhibit number for Docket Number 46--*i.e.*, they start with Exhibit 7.

Attached as exhibits to this Notice are the following documents filed in state court from *People v. James Cisneros*:

| Exhibit | Document | Date filed |
|---|---|---|
| 7 | Letter with attached Motion to Quash Subpoena Duces Tecum | July 22, 2009 |
| 8 | Motion to Quash Subpoena Duces Tecum | July 23, 2009 |
| 9 | Minute Order | July 23, 2009 |
| 10 | Supplement to Motion to Quash Subpoena Duces Tecum | August 14, 2009 |
| 11 | Defendant's Response to Supplement to Motion to Quash Subpoena Duces Tecum | September 1, 2009 |
| 12 | Minute Order | September 9, 2009 |
| 13 | Minute Order | September 24, 2009 |
| 14 | Minute Order | November 24, 2009 |
| 15 | Motion for Reconsideration and to Stay | December 2, 2009 |
| 16 | Order Denying Motion for Reconsideration and Granting Stay | December 8, 2009 |

Attached as exhibits to this Notice are the following documents filed in state court from *People v. Robert Rodarte*:

| Exhibit | Document | Date filed |
|---|---|---|
| 17 | Minute Order | September 9, 2009 |
| 18 | Order re Body Recording Device | September 11, 2009 |
| 19 | Motion in Support of Subpoena Duces Tecum for Documentation Supporting Approval of Robert Rodarte to Work as a Confidential Informant and the Policy and Procedure Guidelines to Permit a Colorado Parolee to Work as Confidential Informant | November 13, 2009 |
| 20 | Motion for Reconsideration of the Court's Prior Ruling Regarding the Release of the Body Recorder or the Operating Information Regarding the Body Recorder | November 13, 2009 |
| 21 | Minute Order | November 24, 2009 |
| 22 | Motion for Reconsideration and to Stay | December 2, 2009 |

| 23 | Order Denying Motion for Reconsideration and Granting Stay | December 8, 2009 |
|---|---|---|
| 24 | Minute Order | December 16, 2009 |

DATED this 10th day of February, 2010.

Respectfully submitted,

DAVID GAOUETTE
United States Attorney


*s/ Amy L. Padden*
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
amy.padden@usdoj.gov

Attorneys for the FBI

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Counsel for Defendants:

*For James Cisneros*:

Shimon Kohn
skohn@kohndefense.com

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

Eric S. Anaya
anaya@springscriminallaw.com

Cynthia Ann McKedy
mckedy@springscriminallaw.com

*For Frankie Salazar:*

Patricia Behan
patricia.behan@coloradodefenders.us

Steven K. Jacobson
steve@collinsrafik.com

and I served the foregoing on February 10, 2010, by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Counsel for Jose Salazar:

Victoria Ringler
19 N. Tejon, Suite 40
Colorado Springs, CO 80903

                 s/ Amy L. Padden
                 Amy L. Padden
                 Office of the United States Attorney