Exhibit 9

```
                         Print Minute Orders      1/14/10      3:22 PM
Status:   RSTD      MROG  ROPN    District Court, El Paso County
Case #:   2009 CR 000768    Div/Room:  15     Type: Homicide
           The People of Colorado vs CISNEROS, JAMES EDWARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 7/23/2009 | Minute Order (print) |

JUDGE:  GRW        CLERK:            REPORTER:
WERNER/JONES/CELSKI
DA SAMPLE; FBI GOFFI; USAG PADDEN; DPWC KOHN; DEF SDT RETURN RE FBI RECORDS;
CT ORDERS PROD OF CI FILE RE THIS INVESTIGATION; FBI TO DETERM WHAT AMTS CI
HAS BEEN PAID IN OTHER CASES AND PROVIDE THAT AS WELL AS THE AMT HE WAS PAID
IN THIS CASE; OTHER CONSIDERATIONS TO BE DISCLOSED AS WELL; FBI NOT REQUIRED
TO DISCLOSE INFO RE OTHER CASES CI INVOLVED IN; AUDIO AND VIDEO RECORDINGS RE
THIS CASE TO BE PRODUCED; FBI TO PROD BASIC AGREEMENT WITH CI RE ANY ACTIONS
CI COULD AND COULD NOT PERFORM; FBI TO PROVIDE ID OF PERSON CI CALLED AT DOC
TO SET UP MEETING BETWEEN CI AND SALAZARS; TRANSCRIPT OF DVD OF SURVEILLANCE
TAPE TO BE PRODUCED; CT HOLDS RULING ON PROD OF INFO RE SURVEILLANCE
EQUIPMENT IN ABEYANCE UNTIL BRIEFING; USAG TO FILE BRIEF BY 8/7; DEF HAS 15
DAYS TO RESPOND; ISSUE HAS TO DEAL WITH TESTIMONY THAT THERE WERE NO
HEADPHONES FOR EQUIPMENT AT TIME SURVEILLANCE PERFORMED            /GRW