Exhibit 12

```
                                                      RID:D0212009CR000768-000036
                              Print Minute Orders      2/04/10    11:09 AM
Status:   RSTD         MROG  ROPN    District Court, El Paso County
Case #:  2009 CR 000768      Div/Room:  15     Type: Homicide
              The People of Colorado vs CISNEROS, JAMES EDWARD

   FILE DATE         EVENT/FILING/PROCEEDING
   9/09/2009         Minute Order (print)
JUDGE:  GRW       CLERK:         REPORTER:
WERNER/YOUNGER/CELSKE/DA SAMPLE & VIEHMAN  HEAR  SDT RTN
09/09/09DPWC-KOHN; US ATTY PADNE PRES; FBI ATTY GOFFI PRES; ADT REQT TO TAKE
TEST AGENT HUNT DENIED; STMTS REGARDING FEDERAL STATUTES COURT TAKES UNDER
ADVISEMENT AND MAY ISSUE WRITTEN RULING; CONT OMOD PTRD 09/24/09 830AM; CUST
```