Exhibit 13

```
                                                   RID:D0212009CR000768-000050
                              Print Minute Orders        2/04/10    11:09 AM
Status:  RSTD         MROG    ROPN      District Court, El Paso County
Case #:  2009 CR 000768       Div/Room:  15    Type: Homicide
           The People of Colorado vs CISNEROS, JAMES EDWARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 9/24/2009 | Minute Order (print) |

JUDGE:  GRW          CLERK:           REPORTER:
WERNER/JONES/MOORE/DA SAMPLE & VIEHMAN                HMTNS
DPWC-KOHN; DEF'S MOTN DISM OUTRAGEOUS CONDUCT HELD IN ABEYANCE; MTN SUPP EVID
HELD IN ABEYANCE; MTN QUASH FBI-GRA IN PART/DENIED IN PART; MTN BILL
PARTICULARS DENIED; MTN SUP STMTS HELD IN ABEYANCE; MTN SEVER DENIED; MTN
SEVER CTS RE: PO WEAPON BY PREV OFF-GRA; MTN SIMILARS GRA IN PART; MTN RES
GESTAE GRA IN PART; PEO'S MTN INTRO SIMILIARS #1-DENIED; #2-GRA; #3-DENIED IN
PART; PEO MTN INTRO RES GESTAE #A-DENIED; #C-GRA; CT GIVES TRL PROTOCOL;
DEF'S MTN CONT TRL CONT 10-1-09 130PM; CUST                              /TXT