Exhibit 14

```
                                                          RID:D0212009CR000768-000060
                               Print Minute Orders    2/04/10    11:09 AM
Status:  RSTD        MROG   ROPN    District Court, El Paso County
Case #:  2009 CR 000768     Div/Room:  15     Type: Homicide
              The People of Colorado vs CISNEROS, JAMES EDWARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 11/24/2009 | Minute Order (print) |

JUDGE: GRW        CLERK:           REPORTER:
WERNER/CELSKI
DEF PWC KOHN; PEOPLE PBC VIEHMAN; CT ENTERS ORDER INDICATING FBI  FILES
PREVIOUSLY REDACTED WILL BE RELEASED BY NOON ON 12/7/09 UNLESS PEOPLE
PURSUE AN APPEAL; IF NO APPEAL TAKEN, RECORDS WILL BE RELEASED WITH A
PROTECTIVE ORDER                                                        /GRW