Exhibit 17

```
                         Print Minute Orders      1/14/10      3:23 PM
Status:  RSTD       MROG           District Court, El Paso County
Case #:  2009 CR 000753      Div/Room:  15     Type: Homicide
              The People of Colorado vs RODARTE, ROBERT RAY
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 9/09/2009 | Minute Order (print) |

```
JUDGE:  GRW       CLERK:            REPORTER:
WERNER/JONES/CELSKE/DA VIEHMAN/SAMPLE              HEAR
DNP; ATD-MCKEDY & ANAYA PRES; FILES COPY OF SDT; CONT PTRD 12-17-09 830AM;
```