Exhibit 18

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court address:  P.O. Box 2980<br>20 East Vermijo Ave.<br>Colorado Springs, CO 80901-2980<br>Phone Number: (719) 227-5192 | FILED-DISTRICT & COUNTY<br>COURTS-EL PASO CO. CO<br><br>SEP 1 1 2009<br><br>**DIVISION 15**<br>Court Use Only |
| PEOPLE OF THE STATE OF COLORADO,<br><br>vs.<br><br>Defendant:<br><br>Robert Rodarte | Case Number  09CR753<br><br>Division 15     Ctrm:  S203 |

## ORDER RE BODY RECORDING DEVICE

The Court had previously issued a protective order in cases involving the co-defendants James Cisneros (09CR768), Frankie Salazar (09CR748), Joey Salazar (09CR818) and Richard Dydell (09CR824) prohibiting disclosure of information regarding the body recording device worn by Robert Rodarte.  This prohibition does not prohibit Defendant Rodarte from discussing the device with his attorneys.  This prohibition also does not prohibit Rodarte's defense counsel from discussing the device with any expert retained by Defendant Rodarte.  Any further dissemination of information regarding the device is prohibited without further order of the Court.

Done this 11th day of September, 2009.

Gregory R. Werner
District Court Judge

EC
LY