Exhibit 21

RID:D0212009CR000753-000039

```
                              Print Minute Orders      2/04/10        9:23 AM
Status:  RSTD        MROG           District Court, El Paso County
Case #:  2009 CR 000753    Div/Room:  15     Type: Homicide
                  The People of Colorado vs RODARTE, ROBERT RAY
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 11/24/2009 | Minute Order (print) |

JUDGE:  GRW       CLERK:           REPORTER:
WERNER/CELSKI
DEF PBC ANAYA AND MCKEDY; PEOPLE PBC VIEHMAN; CT ENTERS ORDER INDICATING FBI
FILES PREVIOUSLY REDACTED WILL BE RELEASED BY NOON ON 12/7/09 UNLESS PEOPLE
PURSUE AN APPEAL; IF NO APPEAL TAKEN, RECORDS WILL BE RELEASED WITH A
PROTECTIVE ORDER CONT PTRD 12-17-09 9AM; CUST                                /GRW