Exhibit 24

```
                                                         RID:D0212009CR000753-000042
                         Print Minute Orders      2/04/10       9:23 AM
Status:  RSTD       MROG        District Court, El Paso County
Case #:  2009 CR 000753    Div/Room:  15      Type: Homicide
              The People of Colorado vs RODARTE, ROBERT RAY
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 12/16/2009 | Minute Order (print) |

```
JUDGE:  GRW         CLERK:           REPORTER:
WERNER/JONES/CELSKE/DA SAMPLE & VIEHMAN          PTRD
DPWC-MCKEDY & ANAYA; DEF'S MTN RECONSIDER RE: BODY RECORDER-DENIED; RULE 404B
MOTN RE: DEF BEING ON PAROLE-CT RULED DA WILL NOT BE PERMITTED TO INTRODUCE
ANY PRIOR BAD ACTS; ATD TO SUPPLEMENT FACTS RE:ATD'S MOTN IN CT ID; DA TO
RESP W/N 5DAYS AFTER RECEIPT; ATD REQ CONT TRL B/C OF REMOVAL OF THIS CT'S
ORDR TO FEDL CT; DA OBJECTS; ATD'S REQ CONT TRL GRA; JTRL 1-19-10 9AM VACT;
PTYS TO APPEAR ON 1-19-09 FOR RESETTING TRL; CUST                       /TXT
```

PAGE    1