IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cv-02912-PAB

PEOPLE OF THE STATE OF COLORADO,

        Plaintiff,

vs.

JOSE SALAZAR,

        Defendant.

_____

**ENTRY OF APPEARANCE**
_____

COMES NOW, John F. Sullivan, III, of the Law Office of John F. Sullivan, III, P.C., and enters his appearance as CJA counsel for the Defendant, Jose Salazar.

Respectfully submitted this 10th day of February 2010.

        s/John F. Sullivan, III
        John F. Sullivan, III
        LAW OFFICE OF JOHN F. SULLIVAN, III. P.C.
        155 S. Madison Street, Suite 209
        Denver, CO  80209
        (303) 748-4343

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2010, a copy of the foregoing **Entry of Appearance**, was served upon the following by ECF:

Cynthia Ann McKedy
mckedy@springscriminallaw.com
Attorney for Defendant Rodarte

Warren R. Williamson
Rick_Williamson@fd.org

Attorney for Defendant Rodarte

Eric S. Anaya
anaya@springscriminallaw.com
Attorney for Defendant Rodarte

Patricia S. Behan
patricia.behan@coloradodefenders.us
Attorney for Defendant Frankie Salazar

Shimon Kohn
skohn@kohndefense.com
Attorney for Defendant Cisneros

Amy L.Padden
amy.padden@usdoj.gov
Attorney for Plaintiff

                                                  s/John F. Sullivan, III