IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-02912-PAB-MEH

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion to Vacate, to Quash, and for a Protective Order [Docket No. 41] filed by interested parties Robert Goffi and the Federal Bureau of Investigation ("FBI")  It is

    ORDERED that defendants shall file responses to the motion [Docket No. 41] on or before **February 24, 2010**.  Replies shall be due on or before **March 3, 2010.**

    DATED February 10, 2010.