IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

## NOTICE OF FILING STATE COURT PLEADINGS, MOTIONS AND PAPERS

Interested party Robert Goffi, Special Agent of the Federal Bureau of Investigation, by the undersigned Assistant United States Attorney, pursuant to D.C.COLO.LCivR 81.1 and as ordered by the Court, hereby files copies of the filed pleadings, motions, and other papers from the Clerk's Office for the District Court of El Paso County that are relevant to the removed issue in this case.

The attached documents are transcripts from state court hearings relevant to the removed issue. Undersigned counsel has not yet received the transcript for the hearing held on September 24, 2009, but will file that immediately upon receipt. The attachments hereto are given exhibit numbers that continue from the last exhibit number for Docket Number 61--*i.e.*, they start with Exhibit 25.

Attached as exhibits to this Notice are the following transcripts from the state court actions:

| Exhibit | Document | Date |
|---|---|---|
| 25 | Transcript | July 23, 2009 |
| 26 | Transcript | September 9, 2009 |
| 27 | Transcript | November 24, 2009 |

DATED this 19th day of February, 2010.

Respectfully submitted,

DAVID GAOUETTE
United States Attorney


*s/ Amy L. Padden*
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
amy.padden@usdoj.gov

Attorneys for the FBI

### CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Counsel for Defendants:

*For James Cisneros*:

Shimon Kohn
skohn@kohndefense.com

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

Eric S. Anaya
anaya@springscriminallaw.com

Cynthia Ann McKedy
mckedy@springscriminallaw.com

*For Frankie Salazar:*

Patricia Behan
patricia.behan@coloradodefenders.us

Steven K. Jacobson
steve@collinsrafik.com

*For Jose Salazar*:
John F. Sullivan
jfslaw1@aol.com

            <u>s/ Amy L. Padden</u>
            Amy L. Padden
            Office of the United States Attorney