IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 09-cv-02912- PAB

PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

ROBERT RODARTE,

      Defendant.

_____

**DEFENDANT ROBERT RODARTE'S NOTICE
TO ADOPT POSITIONS OF CO-DEFENDANTS**
_____

The defendant, Robert Rodarte, through court appointed counsel, the Office of the Federal Public Defender, and Assistant Federal Public Defender Warren R. Williamson, gives notice that he adopts the positions taken by co-defendants James Cisneros and Frankie Salazar, in their respective responses to the Government's Motion to Vacate, Quash and for Protective Order, Doc. 41.[1]

---

[1] Frankie Salazar's Response is Doc. 66, James Cisneros' is Doc. 65. Both were filed February 23, 2010.

While this is technically a civil action, the issues involved arise out of a criminal case pending in Colorado Springs.  D.C.Colo. L Cr 12.1 prohibits motions to join, but allows a party to approve, adopt, or incorporate by reference "any or all of the reasons stated, arguments advanced, and/or authorities cited by a party in another motion."

                                        Respectfully submitted,

                                        RAYMOND P. MOORE
                                        Federal Public Defender

                                        s/ Warren R. Williamson
                                        Warren R. Williamson
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Rick_Williamson@fd.org
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2010, I electronically filed the foregoing **DEFENDANT ROBERT RODARTE'S NOTICE TO ADOPT POSITIONS OF CO-DEFENDANTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cynthia Ann McKedy
Email: mckedy@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Eric S. Anaya
Email: anaya@springscriminallaw.com
*Attorney for Defendant Robert Rodarte*

Patricia S. Behan
Email: patricia.behan@coloradodefenders.us
*Attorney for Defendant Frankie Salazar*

Steven K. Jacobson
Email: steve@collinsrafik.com
*Attorney for Defendant Frankie Salazar*

John F. Sullivan
Email: jfslaw1@aol.com
*Attorney for Jose Salazar*

Shimon Kohn
Email: skohn@kohndefense.com
*Attorney for Defendant James Cisneros*

Rick Levinson
Email: whale@kauflev.com

Amy L. Padden
Email: amy.padden@udogj.gov
*Attorney for Plaintiff*

and I hereby certify that I have mailed or served the foregoing to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mark B. Mensher
>19 North Tejon, #40
>Colorado Springs, CO 80903
>(Via U.S. Mail)
>*Attorneys for Defendant Jose Salazar*
>
>Victoria Lynn Ringler
>Colorado Springs City Attorney's Office - East Kiowa
>224 East Kiowa Street, #410
>Colorado Springs, CO 80901-1575
>
>Mr. Robert Rodarte
>(Via U.S. Mail)

>s/ Warren R. Williamson
>Warren R. Williamson
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Rick_Williamson@fd.org
>Attorney for Defendant Robert Rodarte