IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

## RESPONSE BY FBI TO DEFENDANT RODARTE'S MOTION TO DISMISS

Special Agent Robert Goffi and the Federal Bureau of Investigation (hereinafter collectively referred to as the "FBI"), by the undersigned Assistant United States Attorney, hereby files this response to the Motion to Dismiss (Docket No. 34; filed Jan. 6, 2010) filed by Robert Rodarte. The FBI respectfully requests that the motion be denied.

This matter arises out of a criminal prosecution pending in El Paso County District Court and was removed by the FBI. At issue is the state court's order to release the contents of the entirety of the confidential informant file relating to Mr. Rodarte over the FBI's objection.

On December 14, 2009, Mr. Rodarte filed his Motion to Dismiss this case. In it, he argued that this Court lacked jurisdiction over the removed matter.

Since the filing of the motion to Dismiss, the FBI filed a Motion to Vacate, to Quash, and for a Protective Order (Docket No. 41; filed Jan. 15, 2010). That motion cited cases explaining that this Court does have jurisdiction over the removed matter. (*See id*.

at 8-10.)  In his response to that motion, Mr. Rodarte has agreed that this Court possesses jurisdiction over the removed issue.  (Doc. 67; filed Feb. 23, 2010.)  Specifically, Mr. Rodarte has stated that "[w]hile some of the cases cited in defendant Rodarte's Motion to Dismiss, filed January 6, 2010, Doc. 34, discuss dismissal, <u>the weight of authority suggests this Court has jurisdiction over the issue</u>."  (Doc. 67 at 4 n.8 (emphasis added); *see also id*. at 4 ("the question regarding the enforcement of the subpoena and the state court order are properly before this court" (internal citations omitted).)

Thus, Mr. Rodarte is no longer claiming that this Court lacks jurisdiction in this removed matter.  Accordingly, the FBI respectfully requests that the Motion to Dismiss be denied and that the Court consider and resolve the Motion to Vacate, to Quash, and for a Protective order on its merits.

DATED this 23rd day of February, 2010.

        Respectfully submitted,

        DAVID M. GAOUETTE
        United States Attorney


        <u>s/ Amy L. Padden</u>
        Amy L. Padden
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        Telephone:  (303) 454-0100

        Counsel for the FBI

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to the following:

Counsel for Defendants:

*For James Cisneros*:

Shimon Kohn
skohn@kohndefense.com

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

Eric S. Anaya
anaya@springscriminallaw.com

Cynthia Ann McKedy
mckedy@springscriminallaw.com

*For Frankie Salazar:*

Patricia Behan
patricia.behan@coloradodefenders.us

Steven K. Jacobson
steve@collinsrafik.com

*For Jose Salazar*:
John F. Sullivan
jfslaw1@aol.com

s/ Amy L. Padden
Amy L. Padden
