IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

---

## JOINT MOTION TO REMAND

---

This Motion to Remand is filed on behalf of the Federal Bureau of Investigation ("FBI"), and Robert Goffi, Special Agent of the FBI (referred to herein collectively as "the FBI") and the four Defendants in this matter, Robert Rodarte, James Cisneros, Frankie Salazar, and Jose Salazar.  For the reasons set forth below, the parties jointly request that this Court issue an order remanding this removed case back the El Paso County District Court.  Counsel for the State of Colorado, who have withdrawn from this removed case, do not oppose this request.

1.      The Defendants in the underlying state criminal case are being prosecuted by the District Attorney's Office in El Paso District Court in the District Court for El Paso County, Colorado.  (*People of the State of Colorado v. James Cisneros*, 09CR768; *People of the State of Colorado v. Robert Rodarte*, 09CR753, *People of the State of Colorado v. Frankie Salazar*, 09CR748, and *People of the State of Colorado v. Jose Salazar*, 09CR818.)

2.      The FBI filed a notice of removal on December 11, 2009 (Doc. 1) pursuant

to 28 U.S.C. § 1442(a).  The FBI sought review of the state court's order directing that it would release the unredacted contents of the confidential informant file relating to Mr. Rodarte over the FBI's objection.

3.      On January 15, 2010, the FBI filed a motion to quash, to vacate, and for a protective order in this Court.  (Doc. 41.)  The Defendants each filed responses (Docs. 65, 66, 67, 70), and the FBI filed a reply (Doc. 71.)

4.      On March 9, 2010, this Court entered an order on the motion, which granted the motion to quash and vacate.  (Doc. 72.)  The Court stated that to the extent that the motion sought a protective order, "[t]hat issue is left to the state court judge."  (*Id*. at 6.) The Court also denied a motion to dismiss that had been previously filed by Mr. Rodarte. (*Id*.)

5.      This matter was removed for the sole purpose of seeking a ruling from this Court on the issue of whether the confidential informant file should be released as ordered by the El Paso County District Court.  The parties respectfully submit that because this Court has made a decision on that issue, there are no further proceedings to be conducted before this Court.

6.      Accordingly, the parties jointly request that this Court issue an order remanding this case back to the El Paso County District Court for further proceedings in that court.  A proposed order is attached.

DATED this 5th day of April, 2010.          Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney

s/ Amy L. Padden
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Facsimile:  (303)454-0408
amy.padden@usdoj.gov

Attorney for the FBI


s/ Warren Richard Williamson
Warren Richard Williamson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 294-7002
Facsimile:  (303) 294-1192
Rick_Williamson@fd.org

Attorney for Robert Rodarte


s/Rick Levinson
Rick Levinson
Kaufman & Levinson, LLC
2 North Cascade Ave., Suite 550
Colorado Springs, CO 80903
Telephone:  (719) 447-1511
Facsimile:  (719) 447-1512
whale@kauflev.com

Attorney for James Cisneros


s/ Steven K. Jacobson
Steven K. Jacobson
1881 9th St., Suite 315
Boulder, Colorado 80302
Telephone: 303-444-9292
Fax: 303-447-0200
e-mail: steve@collinsrafik.com

Attorney for Frankie Salazar

s/ John F. Sullivan
John F. Sullivan
Law Office of John F. Sullivan, III, PC
155 South Madison Street, Suite 209
Denver, CO 80209
(303) 748-4343
Fax (303) 320-1577
jfslaw1@aol.com

Attorney for Jose Salazar

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following.

Counsel for Defendants:

*For James Cisneros*:

Rick Levinson
whale@kauflev.com

*For Robert Rodarte*:

Warren Richard Williamson
Rick_Williamson@fd.org

*For Frankie Salazar:*

Steven K. Jacobson
steve@collinsrafik.com

*For Jose Salazar:*

John F. Sullivan
jfslaw1@aol.com

s/ Amy L. Padden
Amy L. Padden