IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

Defendants.

**ORDER GRANTING JOINT MOTION TO REMAND**

This matter comes before the Court on the parties' Joint Motion to Remand. (Doc. 72.) This matter was removed by the FBI from the El Paso District Court for the sole purpose of seeking a ruling from this Court on the issue of whether the confidential informant file should be released as ordered by the El Paso County District Court. Because this Court has made a decision on that issue, there are no further proceedings to be conducted before this Court.

Accordingly, it is hereby ordered that the Joint Motion to Remand is GRANTED. This matter is remanded back to the El Paso County District Court for further proceedings in that court as appropriate.

DATED: _____, 2010.

                                                          Phillip A. Brimmer
                                                          United States District Judge