IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-2912-PAB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT RODARTE,
FRANKIE SALAZAR,
JOSE SALAZAR, and
JAMES CISNEROS,

    Defendants.

## ORDER GRANTING JOINT MOTION TO REMAND

    This matter comes before the Court on the parties' joint motion to remand [Docket No. 73]. This matter was removed by the FBI from the El Paso County District Court for the sole purpose of seeking a ruling from this Court on the issue of whether the confidential informant file should be released as ordered by the El Paso County District Court. Because this Court has made a decision on that issue, there are no further proceedings to be conducted before this Court.

    Accordingly, it is

    **ORDERED** that the joint motion to remand [Docket No. 73] is GRANTED. This matter is remanded back to the El Paso County District Court for further proceedings in that court as appropriate.

DATED April 6, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge